# Exhibit "1(a)"

*Product Images*
Class Action Complaint

**Nordic Naturals Algae DHA (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/algae-dha/?variant=39535719317688 (downloaded 1/10/2023))



Exhibit 1-1: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae DHA (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/algae-dha/?variant=39535719317688 (downloaded 1/10/2023))



Exhibit 1-1: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae DHA (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/algae-dha/?variant=39535719350456 (downloaded 1/10/2023))



Exhibit 1-2: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae DHA (90 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/algae-dha/?variant=39535719350456 (downloaded 1/10/2023))



Exhibit 1-2: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472182919352 (downloaded 1/10/2023))



Exhibit 1-3: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472182919352 (downloaded 1/10/2023))



## ALGAE OMEGA

Algae Omega offers a sustainable, vegan source of EPA and DHA, providing 715 mg of omega-3 in just two veggie soft gels. Our algae oil is derived from Schizochytrium sp., a unique unicellular marine microalga that produces EPA and DHA.

The health benefits of omega-3s EPA and DHA are extensively documented. Research shows they support brain and cognitive function, a healthy heart, joint mobility, eye health, and normal immune system function.*

Plant-based diets may not supply adequate amounts of EPA and DHA, making Algae Omega an important supplement for vegetarians and vegans.

Every batch of Nordic Naturals algae oil is tested by a third-party certified lab for environmental toxins, including heavy metals. The algae oil is in the triglyceride form and surpasses the strictest international standards for purity and freshness.

**Suggested Use:** Two soft gels daily, with food, or as directed by your health care professional.

**Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children.**

**Warning:** Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

3ʳᵈ PARTY PURITY TESTED    igen NON-GMO TESTED    CERTIFIED VEGAN

Exhibit 1-3: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472183017656 (downloaded 1/10/2023))



Exhibit 1-4: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (90 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472183017656 (downloaded 1/10/2023))



Exhibit 1-4: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (120 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472182984888 (downloaded 1/10/2023))



Exhibit 1-5: (1) Nordic Naturals Algae Labels

**Nordic Naturals Algae Omega (120 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/algae-omega/?variant=39472182984888 (downloaded 1/10/2023))



Exhibit 1-5: (1) Nordic Naturals Algae Labels

**Nordic Naturals Children's DHA (90 Count, Strawberry): Product Image – Front Label**
(*see* https://www.nordic.com/products/childrens-dha/?variant=39472183771320 (downloaded 1/10/2023))



Exhibit 1-6: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (90 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/childrens-dha/?variant=39472183771320 (downloaded 1/10/2023))



Exhibit 1-6: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (120 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/childrens-dha/?variant=39472184099000 (downloaded 1/10/2023))



Exhibit 1-7: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (120 Count, Strawberry): Product Image – Back Label**
(*see* https://www.nordic.com/products/childrens-dha/?variant=39472184099000 (downloaded 1/10/2023))



Exhibit 1-7: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (180 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/childrens-dha/?variant=39472183836856 (downloaded 1/10/2023))



Exhibit 1-8: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (180 Count, Strawberry): Product Image – Back Label**
(*see* https://www.nordic.com/products/childrens-dha/?variant=39472183836856 (downloaded 1/10/2023))



Exhibit 1-8: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (360 Count, Strawberry): Product Image – Front Label**
(*see* https://www.nordic.com/products/childrens-dha/?variant=39472183902392 (downloaded 1/10/2023))



Exhibit 1-9: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA (360 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/childrens-dha/?variant=39472183902392 (downloaded 1/10/2023))



Exhibit 1-9: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA Vegetarian (120 Count): Product Image – Front Label**
(*see* https://www.nordicpro.com/products/nordic-naturals/childrens-dha-vegetarian/ (downloaded 11/14/2023))



Exhibit 1-10: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA Vegetarian (120 Count): Product Image – Back Label**
(*see* https://www.nordicpro.com/products/nordic-naturals/childrens-dha-vegetarian/ (downloaded 11/14/2023))



Exhibit 1-10: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA Xtra (90 Count, Berry Punch): Product Image – Front Label** (*see* https://www.nordic.com/products/childrens-dha-xtra/?variant=39472186359992 (downloaded 1/10/2023))



Exhibit 1-11: (2) Nordic Naturals Children's Labels

**Nordic Naturals Children's DHA Xtra (90 Count, Berry Punch): Product Image – Back Label** (*see* https://www.nordic.com/products/childrens-dha-xtra/?variant=39472186359992 (downloaded 1/10/2023))



Exhibit 1-11: (2) Nordic Naturals Children's Labels

**Nordic Naturals Complete Omega (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187965624 (downloaded 1/10/2023))



Exhibit 1-12: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187965624 (downloaded 1/10/2023))



Exhibit 1-12: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega (120 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187998392 (downloaded 1/10/2023))



Exhibit 1-13: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187998392 (downloaded 1/10/2023))



Exhibit 1-13: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega (180 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187998392 (downloaded 1/10/2023))



Exhibit 1-14: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega (180 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/complete-omega/?variant=39472187998392 (downloaded 1/10/2023))



Exhibit 1-14: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Junior (90 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/complete-omega-junior/?variant=39472188031160 (downloaded 1/10/2023))



Exhibit 1-15: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Jr. (90 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/complete-omega-junior/?variant=39472188031160
(downloaded 1/10/2023))



Exhibit 1-15: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Jr. (180 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/complete-omega-junior/?variant=39472188096696
(downloaded 1/10/2023))



Exhibit 1-16: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Jr. (180 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/complete-omega-junior/?variant=39472188096696
(downloaded 1/10/2023))



Exhibit 1-16: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Xtra (60 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/complete-omega-xtra/?variant=39472187932856
(downloaded 1/10/2023))



Exhibit 1-17: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega Xtra (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/complete-omega-xtra/?variant=39472187932856 (downloaded 1/10/2023))



Exhibit 1-17: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 (60 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/complete-omega-d3/?variant=39472188391608
(downloaded 1/10/2023))



Exhibit 1-18: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 (60 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/complete-omega-d3/?variant=39472188391608
(downloaded 1/10/2023))



Exhibit 1-18: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 (120 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/complete-omega-d3/?variant=39472188457144
(downloaded 1/10/2023))



Exhibit 1-19: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/complete-omega-d3/?variant=39472188457144 (downloaded 1/10/2023))



Exhibit 1-19: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 Junior (90 Count, Lemon): Product Image – Front Label** (*see* https://web.archive.org/web/20151222144137/http://www.nordicnaturals.com/en/Products/Product_Details/514/?ProdID=1510 )

# PLACEHOLDER

Exhibit 1-20: (3) Nordic Naturals Complete Labels

**Nordic Naturals Complete Omega-D3 Junior (90 Count, Lemon): Product Image – Back Label** (*see* https://web.archive.org/web/20151222144137/http://www.nordicnaturals.com/en/Products/Product_Details/514/?ProdID=1510 )

# PLACEHOLDER

Exhibit 1-20: (3) Nordic Naturals Complete Labels

**Nordic Naturals Kids Nordic Flora Probiotic Gummies (60 Count, Merry Berry Punch):
Product Image – Front Label** (*see* https://www.nordic.com/products/kids-nordic-flora-
probiotic-gummies/?variant=39472183869624 (downloaded 1/11/2023))



Exhibit 1-21: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Kids Nordic Flora Probiotic Gummies (60 Count, Merry Berry Punch):
Product Image – Back Label** (*see* https://www.nordic.com/products/kids-nordic-flora-
probiotic-gummies/?variant=39472183869624 (downloaded 1/11/2023))



Exhibit 1-21: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Nordic Flora Probiotic Daily (60 Count): Product Image – Front Label**
(*see* https://www.nordic.com/products/nordic-flora-probiotic-daily/?variant=39472189472952
(downloaded 1/11/2023))



Exhibit 1-22: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Nordic Flora Probiotic Daily (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/nordic-flora-probiotic-daily/?variant=39472189472952 (downloaded 1/11/2023))



Exhibit 1-22: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Nordic Flora Probiotic Woman (60 Count): Product Image – Front Label**
(*see* https://www.nordic.com/products/nordic-flora-probiotic-woman/?variant=39472189833400
(downloaded 1/11/2023))



Exhibit 1-23: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Nordic Flora Probiotic Woman (60 Count): Product Image – Back Label**
(*see* https://www.nordic.com/products/nordic-flora-probiotic-woman/?variant=39472189833400
(downloaded 1/11/2023))



Exhibit 1-23: (4) Nordic Naturals Nordic Flora Labels

**Nordic Naturals Arctic Cod Liver Oil (90 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/arctic-cod-liver-oil/?variant=39472186589368 (downloaded 1/11/2023))



Exhibit 1-24: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Arctic Cod Liver Oil (90 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/arctic-cod-liver-oil/?variant=39472186589368
(downloaded 1/11/2023))



Exhibit 1-24: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Arctic Cod Liver Oil (180 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/arctic-cod-liver-oil/?variant=39472186622136
(downloaded 1/11/2023))



Exhibit 1-25: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Arctic Cod Liver Oil (180 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/arctic-cod-liver-oil/?variant=39472186622136 (downloaded 1/11/2023))



Exhibit 1-25: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Arctic Omega (180 Count, Lemon): Product Image – Front Label** (*see* https://www.pureformulas.com/product/arctic-omega-1000-mg-lemon-flavor-by-nordic-naturals/1000004615 (downloaded 11/14/2023))



Exhibit 1-26: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Arctic Omega (180 Count, Lemon): Product Image – Back Label** (*see* https://www.pureformulas.com/product/arctic-omega-1000-mg-lemon-flavor-by-nordic-naturals/1000004615 (downloaded 11/14/2023))



Exhibit 1-26: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Balanced Omega (180 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-balanced-omega-lemon-830-mg-180-softgels/83198 (downloaded 11/14/2023))



Exhibit 1-27: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Balanced Omega (180 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-balanced-omega-lemon-830-mg-180-softgels/83198 (downloaded 11/14/2023))



Exhibit 1-27: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Curcumin Gummies (60 Count, Mango): Product Image – Front Label** (*see* https://pureprescriptions.com/product/curcumin-gummies-nordic-naturals-pro/?gad_source=1&gclid=CjwKCAiA0syqBhBxEiwAeNx9N7-CvJLmHBT1EAjlhCetVVdsndctZ0jkCED7mkX-wGxSmMTWSCFSuxoCU4wQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-28: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Curcumin Gummies (60 Count, Mango): Product Image – Back Label** (*see* https://pureprescriptions.com/product/curcumin-gummies-nordic-naturals-pro/?gad_source=1&gclid=CjwKCAiA0syqBhBxEiwAeNx9N7-CvJLmHBT1EAjlhCetVVdsndctZ0jkCED7mkX-wGxSmMTWSCFSuxoCU4wQAvD_BwE (downloaded 11/14/2023))

# PLACEHOLDER

Exhibit 1-28: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA (90 Count, Mango): Product Image – Front Label** (*see* https://web.archive.org/web/20211022230251mp_/https://www.nordic.com/products/dha/ (downloaded 11/14/2023))



Exhibit 1-29: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA (90 Count, Mango): Product Image – Back Label** (*see* https://web.archive.org/web/20211022230251mp_/https://www.nordic.com/products/dha/ (downloaded 11/14/2023))

# PLACEHOLDER

Exhibit 1-29: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Jr. Xtra (90 Count, Grape): Product Image – Front Label** (*see*
https://www.pureformulas.com/product/dha-jr-xtra-250-mg-grape-flavor-by-nordic-
naturals/1000045381?skuId=NN1132&gad_source=1&gclid=CjwKCAiA0syqBhBxEiwAeNx9
N_8XU0UjlAY6-ZEdhChOphzGqjvDPwYkb53y7M-JEjC84V1IsEen5BoC8LcQAvD_BwE
(downloaded 11/14/2023))



Exhibit 1-30: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Jr. Xtra (90 Count, Grape): Product Image – Back Label** (*see* https://www.pureformulas.com/product/dha-jr-xtra-250-mg-grape-flavor-by-nordic-naturals/1000045381?skuId=NN1132&gad_source=1&gclid=CjwKCAiA0syqBhBxEiwAeNx9N_8XU0UjlAY6-ZEdhChOphzGqjvDPwYkb53y7M-JEjC84V1IsEen5BoC8LcQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-30: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Junior (180 Count, Strawberry): Product Image – Front Label** (*see*
https://supplementfirst.com/products/nordic-naturals-dha-
junior?variant=6820227842114&utm_source=google&utm_medium=cpc&utm_campaign=goog
le%2Bshopping&gclid=CjwKCAiA0syqBhBxEiwAeNx9N-
1ArfLAFTPkf29ktqyAhTPx1kaTXq7TXyKDw_5_eXYhg5HU7T6T_BoCEB4QAvD_BwE
(downloaded 11/14/2023))



Exhibit 1-31: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Junior (180 Count, Strawberry): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-dha-junior?variant=6820227842114&utm_source=google&utm_medium=cpc&utm_campaign=google%2Bshopping&gclid=CjwKCAiA0syqBhBxEiwAeNx9N-1ArfLAFTPkf29ktqyAhTPx1kaTXq7TXyKDw_5_eXYhg5HU7T6T_BoCEB4QAvD_BwE (downloaded 11/14/2023))



Exhibit 1-31: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Xtra (60 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/dha-xtra/?variant=39472190849208 (downloaded 1/11/2023))



Exhibit 1-32: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Xtra (60 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/dha-xtra/?variant=39472190849208 (downloaded 1/11/2023))



Exhibit 1-32: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Xtra (90 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/dha-xtra/?variant=39472190914744 (downloaded 1/11/2023))



Exhibit 1-33: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals DHA Xtra (90 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/dha-xtra/?variant=39472190914744 (downloaded 1/11/2023))



Exhibit 1-33: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/epa/?variant=39472188981432 (downloaded 1/11/2023))



Exhibit 1-34: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/epa/?variant=39472188981432 (downloaded 1/11/2023))



Exhibit 1-34: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA Xtra (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/epa-xtra/?variant=39472191013048 (downloaded 1/11/2023))



Exhibit 1-35: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA Xtra (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/epa-xtra/?variant=39472191013048 (downloaded 1/11/2023))



Exhibit 1-35: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA Xtra (90 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/epa-xtra/?variant=39472191045816 (downloaded 1/11/2023))



Exhibit 1-36: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals EPA Xtra (90 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/epa-xtra/?variant=39472191045816 (downloaded 1/11/2023))



Exhibit 1-36: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Blood Sugar (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-blood-sugar/?variant=39472190816440 (downloaded 1/10/2023))



Exhibit 1-37: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Blood Sugar (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-blood-sugar/?variant=39472190816440 (downloaded 1/10/2023))



Exhibit 1-37: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Curcumin (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-curcumin/?variant=39472190455992 (downloaded 1/10/2023))



Exhibit 1-38: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Curcumin (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-curcumin/?variant=39472190455992 (downloaded 1/10/2023))



Exhibit 1-38: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Focus (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-focus/?variant=39472192585912 (downloaded 1/10/2023))



Exhibit 1-39: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Focus (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-focus/?variant=39472192585912 (downloaded 1/10/2023))



Exhibit 1-39: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Joint Xtra (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-joint-xtra/?variant=39472190521528 (downloaded 1/10/2023))



Exhibit 1-40: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Joint Xtra (90 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-joint-xtra/?variant=39472190521528 (downloaded 1/10/2023))



Exhibit 1-40: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega LDL (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-ldl/?variant=39472190750904 (downloaded 1/10/2023))



Exhibit 1-41: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega LDL (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-ldl/?variant=39472190750904 (downloaded 1/10/2023))



Exhibit 1-41: (5) Nordic Naturals Omega-3 Labels

**Nordic Naturals Omega Memory with Curcumin (60 Count): Product Image – Front Label**
(*see* https://www.nordic.com/products/omega-memory-with-curcumin?variant=39472191078584
(downloaded 1/10/2023))



Exhibit 1-42: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega Memory with Curcumin (60 Count): Product Image – Back Label**
(*see* https://www.nordic.com/products/omega-memory-with-curcumin?variant=39472191078584
(downloaded 1/10/2023))



Exhibit 1-42: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega Vision (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-vision/?variant=39472190783672 (downloaded 1/10/2023))



Exhibit 1-43: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega Vision (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-vision/?variant=39472190783672 (downloaded 1/10/2023))



Exhibit 1-43: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega Woman (120 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-woman/?variant=39472160276664 (downloaded 1/10/2023))



Exhibit 1-44: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega Woman (120 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-woman/?variant=39472160276664 (downloaded 1/10/2023))



Exhibit 1-44: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191111352 (downloaded 1/10/2023))



Exhibit 1-45: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191111352 (downloaded 1/10/2023))



## OMEGA-3

Nordic Naturals Omega-3 offers 690 mg of omega-3 fatty acids per serving. Adequate omega-3 intake is essential to support foundational health and overall well-being, including heart and brain function, as well as mood, cognition, and immunity.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Adults take two soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children.

Warning: Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.
This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-45: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (90 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191307960 (downloaded 1/10/2023))



Exhibit 1-46: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (90 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191307960 (downloaded 1/10/2023))



Exhibit 1-46: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (120 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191144120 (downloaded 1/10/2023))



Exhibit 1-47: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191144120 (downloaded 1/10/2023))



## OMEGA-3

Nordic Naturals Omega-3 offers 690 mg of omega-3 fatty acids per serving. Adequate omega-3 intake is essential to support foundational health and overall well-being, including heart and brain function, as well as mood, cognition, and immunity.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |
|---|---|---|

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Adults take two soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children.

**Warning:** Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

3RD PARTY PURITY TESTED

igen NON-GMO TESTED

FRIEND OF THE SEA CERTIFIED SUSTAINABLE

Exhibit 1-47: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (180 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191275192 (downloaded 1/10/2023))



Exhibit 1-48: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 (180 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3/?variant=39472191275192 (downloaded 1/10/2023))



## OMEGA-3

Nordic Naturals Omega-3 offers 690 mg of omega-3 fatty acids per serving. Adequate omega-3 intake is essential to support foundational health and overall well-being, including heart and brain function, as well as mood, cognition, and immunity.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Adults take two soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children.

**Warning:** Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-48: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 Phospholipids (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3-phospholipids/?variant=39472183345336 (downloaded 1/10/2023))



Exhibit 1-49: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3 Phospholipids (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3-phospholipids/?variant=39472183345336 (downloaded 1/10/2023))



Exhibit 1-49: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3D (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/omega-3d/?variant=39472184295608 (downloaded 1/10/2023))



Exhibit 1-50: (5) Nordic Naturals Omega Labels

**Nordic Naturals Omega-3D (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/omega-3d/?variant=39472184295608 (downloaded 1/10/2023))



Exhibit 1-50: (5) Nordic Naturals Omega Labels

**Nordic Naturals Nordic Omega-3 Gummies (60 Count, Tangerine): Product Image – Front Label** (*see* https://www.nordic.com/products/nordic-omega-3-gummies/?variant=39472190062776 (downloaded 1/11/2023))



Exhibit 1-51: (5) Nordic Naturals Omega Labels

**Nordic Naturals Nordic Omega-3 Gummies (60 Count, Tangerine): Product Image – Back Label** (*see* https://www.nordic.com/products/nordic-omega-3-gummies/?variant=39472190062776 (downloaded 1/11/2023))



Exhibit 1-51: (5) Nordic Naturals Omega Labels

**Nordic Naturals Nordic Omega-3 Gummies (120 Count, Tangerine): Product Image – Front Label** (*see* https://www.nordic.com/products/nordic-omega-3-gummies/?variant=39472190128312 (downloaded 1/11/2023))



Exhibit 1-52: (5) Nordic Naturals Omega Labels

**Nordic Naturals Nordic Omega-3 Gummies (120 Count, Tangerine): Product Image – Back Label** (*see* https://www.nordic.com/products/nordic-omega-3-gummies/?variant=39472190128312 (downloaded 1/11/2023))



Exhibit 1-52: (5) Nordic Naturals Omega Labels

**Nordic Naturals Recovery Plus (45 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/recovery-plus/?variant=41743977578680 (downloaded 1/11/2023))



Exhibit 1-53: (5) Nordic Naturals Omega Labels

**Nordic Naturals Recovery Plus (45 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/recovery-plus/?variant=41743977578680 (downloaded 1/11/2023))



RECOVERY PLUS

Recovery Plus blends highly concentrated fish oil with Longvida® Optimized Curcumin® and glutathione to support muscle health and function.* Made with highly bioavailable ingredients, this unique formula helps reduce muscle soreness and shorten muscle recovery time following exercise.* Ideal for individuals living an active lifestyle, these soft gels provide a foundation for cellular health and recovery.*

SUGGESTED USE:
Adults take three soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children. Longvida® Optimized Curcumin® extract is patented under US 9192644 & EP 1993365 (other patents pending) and Longvida® Optimized Curcumin® is a registered trademark of Verdure Sciences Inc.

Warning: Consult with your physician before taking this product if you are allergic to iodine, use blood thinners, are pregnant or lactating, have a known medical condition, or are taking medications.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-53: (5) Nordic Naturals Omega Labels

**Nordic Naturals Postnatal Omega-3 (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/postnatal-omega-3/?variant=39472184000696 (downloaded 1/11/2023))



Exhibit 1-54: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Postnatal Omega-3 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/postnatal-omega-3/?variant=39472184000696 (downloaded 1/11/2023))



## POSTNATAL OMEGA-3

Postnatal Omega-3 is specifically formulated to address the unique needs of new moms, offering EPA and vitamin D3 to support a positive mood and optimal wellness after childbirth.* This formula also includes 456 mg DHA to support maternal cognition and continued neurological development in nursing infants.* Highly concentrated, 90+% triglyceride-form fish oil allows for high efficacy and absorption in easy-to-swallow soft gels.*

**Certified Sustainable**   **Superior Absorption**   **No Fishy Aftertaste**

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Two soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of reach of children.

**Warning:** Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-54: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191471800 (downloaded 1/11/2023))



Exhibit 1-55: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (90 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191471800 (downloaded 1/11/2023))



Exhibit 1-55: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (90 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191570104 (downloaded 1/11/2023))



Exhibit 1-56: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (90 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191570104 (downloaded 1/11/2023))



Exhibit 1-56: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (120 Count, Strawberry): Product Image – Front Label**
(*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191635640 (downloaded 1/11/2023))



Exhibit 1-57: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (120 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191635640 (downloaded 1/11/2023))



Exhibit 1-57: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (180 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191504568 (downloaded 1/11/2023))



Exhibit 1-58: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Prenatal DHA (180 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/prenatal-dha/?variant=39472191504568 (downloaded 1/11/2023))



Exhibit 1-58: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Vegan Prenatal DHA (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/vegan-prenatal-dha/?variant=39479396434104 (downloaded 1/11/2023))



Exhibit 1-59: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Vegan Prenatal DHA (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/vegan-prenatal-dha/?variant=39479396434104 (downloaded 1/11/2023))



Exhibit 1-59: (6) Nordic Naturals Postnatal and Prenatal Care Labels

**Nordic Naturals Immune Daily Defense (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/nordic-immune-daily-defense/?variant=39472183935160 (downloaded 1/11/2023))



Exhibit 1-60: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Immune Daily Defense (90 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/nordic-immune-daily-defense/?variant=39472183935160 (downloaded 1/11/2023))



Exhibit 1-60: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Vitamin C Gummies (60 Count, Tart Tangerine): Product Image – Front Label** (*see* https://www.nordic.com/products/vitamin-c-gummies/?variant=39472190095544 (downloaded 1/11/2023))



Exhibit 1-61: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Vitamin C Gummies (60 Count, Tart Tangerine): Product Image – Back Label** (*see* https://www.nordic.com/products/vitamin-c-gummies/?variant=39472190095544 (downloaded 1/11/2023))



Exhibit 1-61: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Vitamin C Gummies (120 Count, Tart Tangerine): Product Image – Front Label** (*see* https://www.nordic.com/products/vitamin-c-gummies/?variant=39472190193848 (downloaded 1/11/2023))



Exhibit 1-62: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Vitamin C Gummies (120 Count, Tart Tangerine): Product Image – Back Label** (*see* https://www.nordic.com/products/vitamin-c-gummies/?variant=39472190193848 (downloaded 1/11/2023))



Exhibit 1-62: (7) Nordic Naturals Vitamin C Labels