# Exhibit "1(b)"

*Product Images*
Class Action Complaint

**Nordic Naturals Vitamin C Gummies Sport (120 Count, Tart Tangerine): Product Image – Front Label** (*see* https://www.nordic.com/products/vitamin-c-gummies-sport/?variant=39761309040824 (downloaded 1/11/2023))



Exhibit 1-63: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Vitamin C Gummies Sport (120 Count, Tart Tangerine): Product Image – Back Label** (*see* https://www.nordic.com/products/vitamin-c-gummies-sport/?variant=39761309040824 (downloaded 1/11/2023))



Exhibit 1-63: (7) Nordic Naturals Vitamin C Labels

**Nordic Naturals Ultimate Omega (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192192696 (downloaded 1/11/2023))



Exhibit 1-64: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192192696 (downloaded 1/11/2023))



Exhibit 1-64: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (90 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192422072 (downloaded 1/11/2023))



Exhibit 1-65: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (90 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192422072 (downloaded 11/16/2023))



Exhibit 1-65: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (120 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192323768 (downloaded 1/11/2023))



Exhibit 1-66: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192323768 (downloaded 1/11/2023))



## ULTIMATE OMEGA®

From the #1 fish oil brand in the U.S.‡, Ultimate Omega® offers concentrated levels of omega-3s for high-intensity essential fatty acid support. Ultimate Omega helps optimize immune function, supports brain health, and has been clinically shown to support a healthy heart.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Two soft gels daily, with food, or as directed by your health care professional. For ultimate support, take two soft gels with food twice daily.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Product protected by U.S. patent #s 6346231 & 6641837. Keep out of reach of children.

**Warning:** Consult with your physician before using this product if you are allergic to iodine, or use blood thinners.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

3RD PARTY PURITY TESTED

igen NON-GMO TESTED

FRIEND OF THE SEA® CERTIFIED SUSTAINABLE

Exhibit 1-66: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (180 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192389304 (downloaded 1/11/2023))



Exhibit 1-67: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (180 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192389304 (downloaded 1/11/2023))



## ULTIMATE OMEGA®

From the #1 fish oil brand in the U.S.[‡], Ultimate Omega® offers concentrated levels of omega-3s for high-intensity essential fatty acid support. Ultimate Omega helps optimize immune function, supports brain health, and has been clinically shown to support a healthy heart.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |
|---|---|---|

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Two soft gels daily, with food, or as directed by your health care professional. For ultimate support, take two soft gels with food twice daily.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Product protected by U.S. patent #s 6346231 & 6641837. Keep out of reach of children.

**Warning:** Consult with your physician before using this product if you are allergic to iodine, or use blood thinners.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-67: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (210 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192454840 (downloaded 1/11/2023))



Exhibit 1-68: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega (210 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega/?variant=39472192454840 (downloaded 1/11/2023))



Exhibit 1-68: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Gummy Chews (54 Count, Tropical Fruit): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-gummy-chews/?variant=41406215749816 (downloaded 1/11/2023))



Exhibit 1-69: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Gummy Chews (54 Count, Tropical Fruit): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-gummy-chews/?variant=41406215749816 (downloaded 1/11/2023))



Exhibit 1-69: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega + CoQ10 (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-coq10/?variant=39472191930552 (downloaded 1/11/2023))



Exhibit 1-70: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega + CoQ10 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-coq10/?variant=39472191930552 (downloaded 1/11/2023))



Exhibit 1-70: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega + CoQ10 (120 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-coq10/?variant=39472191996088 (downloaded 1/11/2023))



Exhibit 1-71: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega + CoQ10 (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-coq10/?variant=39472191996088 (downloaded 1/11/2023))



Exhibit 1-71: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega in Fish Gelatin (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-in-fish-gelatin/?variant=39472191865016 (downloaded 6/2/2023))



Exhibit 1-72: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega in Fish Gelatin (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-in-fish-gelatin/?variant=39472191865016 (downloaded 11/16/2023))



Exhibit 1-72: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Junior (90 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-junior/?variant=39472192716984 (downloaded 1/11/2023))



Exhibit 1-73: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Jr. (90 Count, Strawberry): Product Image – Back Label**
(*see* https://www.nordic.com/products/ultimate-omega-junior/?variant=39472192716984
(downloaded 1/11/2023))



Exhibit 1-73: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Jr. (120 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-junior/?variant=39472192782520 (downloaded 1/11/2023))



Exhibit 1-74: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Jr. (120 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-junior/?variant=39472192782520 (downloaded 1/11/2023))



Exhibit 1-74: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Sport (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-sport/?variant=39472184754360 (downloaded 1/11/2023))



Exhibit 1-75: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Sport (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-sport/?variant=39472184754360 (downloaded 1/11/2023))



Exhibit 1-75: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-2x/?variant=39472192127160 (downloaded 1/11/2023))



Exhibit 1-76: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-2x/?variant=39472192127160 (downloaded 1/11/2023))



Exhibit 1-76: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X (120 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/ultimate-omega-2x/?variant=39472192159928
(downloaded 1/11/2023))



Exhibit 1-77: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X (120 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/ultimate-omega-2x/?variant=39472192159928
(downloaded 1/11/2023))



Exhibit 1-77: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Mini (60 Count, Strawberry): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-mini/?variant=39472183738552 (downloaded 1/11/2023))



Exhibit 1-78: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Mini (60 Count, Strawberry): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-mini/?variant=39472183738552 (downloaded 1/11/2023))



Exhibit 1-78: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Mini with Vitamin D3 (60 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-mini-with-vitamin-d3/?variant=39472190226616 (downloaded 1/11/2023))



Exhibit 1-79: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega 2X Mini with Vitamin D3 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-2x-mini-with-vitamin-d3/?variant=39472190226616 (downloaded 1/11/2023))



Exhibit 1-79: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Xtra (60 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/ultimate-omega-xtra/?variant=39472191963320
(downloaded 1/11/2023))



Exhibit 1-80: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega Xtra (60 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/ultimate-omega-xtra/?variant=39472191963320
(downloaded 1/11/2023))



Exhibit 1-80: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (60 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192684216
(downloaded 1/11/2023))



Exhibit 1-81: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192684216 (downloaded 1/11/2023))



Exhibit 1-81: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (90 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192815288
(downloaded 1/11/2023))



Exhibit 1-82: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (90 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192815288 (downloaded 1/11/2023))



Exhibit 1-82: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (120 Count, Lemon): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192749752 (downloaded 1/11/2023))



Exhibit 1-83: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 (120 Count, Lemon): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-d3/?variant=39472192749752 (downloaded 1/11/2023))



Exhibit 1-83: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 Sport (60 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-d3-sport/?variant=39472184557752 (downloaded 1/11/2023))



Exhibit 1-84: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 Sport (60 Count): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-d3-sport/?variant=39472184557752 (downloaded 1/11/2023))



Exhibit 1-84: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 2X (60 Count, Lemon): Product Image – Front Label**
(*see* https://www.nordic.com/products/ultimate-omega-d3-2x/?variant=39472191897784
(downloaded 1/11/2023))



Exhibit 1-85: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Ultimate Omega-D3 2X (60 Count, Lemon): Product Image – Back Label**
(*see* https://www.nordic.com/products/ultimate-omega-d3-2x/?variant=39472191897784
(downloaded 1/11/2023))



**ULTIMATE OMEGA® 2X with VITAMIN D3**

Ultimate Omega® 2X with Vitamin D3 features the highest-concentration omega-3 fish oil in triglyceride form delivering superior absorption and maximum benefits.*
Omega-3s help support heart and brain health and added vitamin D3 supports immune system function and helps regulate calcium absorption for bone health.*

| Certified Sustainable | Superior Absorption | No Fishy Aftertaste |

At Nordic Naturals we make all our fish oils using fresh, wild-caught fish to deliver triglyceride-form omega-3s for better results. Certified sustainable and always surpassing the strictest purity standards, our award-winning fish oils embody our commitment to the health of people and our oceans.

**SUGGESTED USE:**
Adults take two soft gels daily, with food, or as directed by your health care professional.

Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Product protected by U.S. patent #s 6346231 & 6641837. Keep out of reach of children.

**Warning:** Consult with your physician before taking this product if you have a known medical condition, are taking medications (including blood thinners), or if you are allergic to iodine.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

‡Based on ClearCut, Nielsen, and SPINS annual sales data in the U.S.

This product and its ingredients do not contain common GE genes or proteins. Visit igenprogram.com

Exhibit 1-85: (8) Nordic Naturals Ultimate Labels

**Nordic Naturals Zero Sugar Curcumin Gummies (60 Count, Mango): Product Image –
Front Label** (*see* https://www.nordic.com/products/zero-sugar-curcumin-
gummies/?variant=39472192880824 (downloaded 1/11/2023))



Exhibit 1-86: (9) Nordic Naturals Zero Sugar Labels

**Nordic Naturals Zero Sugar Curcumin Gummies (60 Count, Mango): Product Image – Back Label** (*see* https://www.nordic.com/products/zero-sugar-curcumin-gummies/?variant=39472192880824 (downloaded 1/11/2023))



Exhibit 1-86: (9) Nordic Naturals Zero Sugar Labels

**Nordic Naturals Zero Sugar Ultimate Omega Gummy Chews (54 Count, Tropical Fruit): Product Image – Front Label** (*see* https://www.nordic.com/products/ultimate-omega-gummy-chews/?variant=41406215749816 (downloaded 1/11/2023))



Exhibit 1-87: (9) Nordic Naturals Zero Sugar Labels

**Nordic Naturals Zero Sugar Ultimate Omega Gummy Chews (54 Count, Tropical Fruit): Product Image – Back Label** (*see* https://www.nordic.com/products/ultimate-omega-gummy-chews/?variant=41406215749816 (downloaded 1/11/2023))



Exhibit 1-87: (9) Nordic Naturals Zero Sugar Labels

**Nordic Naturals ProDHA (120 Count, Strawberry): Product Image – Front Label** (*see* https://www.pureformulas.com/product/prodha-500-mg-strawberry-flavor-by-nordic-naturals/1000004628 (downloaded 11/14/2023))



Exhibit 1-88: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA (120 Count, Strawberry): Product Image – Back Label** (*see* https://www.pureformulas.com/product/prodha-500-mg-strawberry-flavor-by-nordic-naturals/1000004628 (downloaded 11/14/2023))



Exhibit 1-88: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA 1000 (60 Count, Strawberry): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-1000 (downloaded 11/14/2023))



Exhibit 1-89: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA 1000 (60 Count, Strawberry): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-1000 (downloaded 11/14/2023))



Exhibit 1-89: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Eye (60 Count): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-eye (downloaded 11/14/2023))



Exhibit 1-90: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Eye (60 Count): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-eye (downloaded 11/14/2023))



Exhibit 1-90: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Focus Jr. (120 Count): Product Image – Front Label** (*see* https://shop.personalpowertraining.com/products/prodha-focus-junior (downloaded 11/14/2023))



Exhibit 1-91: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Focus Jr. (60 Count): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-prodha-focus-junior-500-mg-120-softgels-discontinued-item/83210 (downloaded 11/14/2023))



Exhibit 1-91: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Memory (60 Count): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-memory (downloaded 11/14/2023))



Exhibit 1-92: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProDHA Memory (60 Count): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-prodha-memory (downloaded 11/14/2023))



Exhibit 1-92: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEFA-3-6-9 (90 Count, Lemon): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proefa-proefa-3-6-9?variant=6820226236482 (downloaded 11/14/2023))



Exhibit 1-93: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEFA-3-6-9 (90 Count, Lemon): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-proefa-proefa-3-6-9?variant=6820226236482 (downloaded 11/14/2023))



Exhibit 1-93: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEFA-3-6-9 (180 Count, Lemon): Product Image – Front Label** (*see* https://www.professionalsupplementcenter.com/proefa-369-by-nordic-naturals?quantity=1&frequency=7&size=2520&gad_source=1&gclid=CjwKCAiA0syqBhBxEi wAeNx9N7M6FUZeVWzcMYU1KjPbwVvOlwkmoJwC-0aGphvC_uQLwiMogjAtUBoCb2IQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-94: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEFA-3-6-9 (180 Count, Lemon): Product Image – Back Label** (*see* https://www.professionalsupplementcenter.com/proefa-369-by-nordic-naturals?quantity=1&frequency=7&size=2520&gad_source=1&gclid=CjwKCAiA0syqBhBxEi wAeNx9N7M6FUZeVWzcMYU1KjPbwVvOlwkmoJwC-0aGphvC_uQLwiMogjAtUBoCb2IQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-94: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA (120 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proepa-lemon-1-000-mg-120-softgels/70451 (downloaded 11/14/2023))



Exhibit 1-95: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA (120 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proepa-lemon-1-000-mg-120-softgels/70451 (downloaded 11/14/2023))



Exhibit 1-95: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA (180 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proepa-lemon-1-000-mg-180-soft-gels/83200 (downloaded 11/14/2023))



Exhibit 1-96: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA (180 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proepa-lemon-1-000-mg-180-soft-gels/83200 (downloaded 11/14/2023))



Exhibit 1-96: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA with Concentrated GLA (60 Count, Lemon): Product Image –
Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proepa-with-
concentrated-gla-formerly-proefa-
xtra?variant=6820118822978&utm_source=google&utm_medium=cpc&utm_campaign=google
%2Bshopping&gclid=CjwKCAiA0syqBhBxEiwAeNx9NxCWd206ECZJFN9Zppvxm2N2gsrX
FCxq8IuqfE6qN9iNvw5t2buEqhoCh6AQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-97: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA with Concentrated GLA (60 Count, Lemon): Product Image –
Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-proepa-with-concentrated-
gla-formerly-proefa-
xtra?variant=6820118822978&utm_source=google&utm_medium=cpc&utm_campaign=google
%2Bshopping&gclid=CjwKCAiA0syqBhBxEiwAeNx9NxCWd206ECZJFN9Zppvxm2N2gsrX
FCxq8IuqfE6qN9iNvw5t2buEqhoCh6AQAvD_BwE (downloaded 11/14/2023))



Exhibit 1-97: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA Xtra (120 Count, Lemon): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proepa-xtra (downloaded 11/14/2023))



Exhibit 1-98: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProEPA Xtra (120 Count, Lemon): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proepa-xtra (downloaded 11/14/2023))



Exhibit 1-98: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000 Jr. (60 Count, Strawberry): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-jr-strawberry-650-mg-60-soft-gels/83207 (downloaded 11/15/2023))



Exhibit 1-99: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000 Jr. (60 Count, Strawberry): Product Image – Back Label**
(*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-jr-strawberry-650-mg-60-soft-gels/83207 (downloaded 11/15/2023))



Exhibit 1-99: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000 (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-lemon-1-250-mg-120-soft-gels/79933 (downloaded 11/14/2023))



Exhibit 1-100: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000 (60 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-lemon-1-250-mg-120-soft-gels/79933 (downloaded 11/14/2023))



Exhibit 1-100: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000-D (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-d-lemon-1250-mg-60-soft-gels/83208 (downloaded 11/14/2023))



Exhibit 1-101: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 2000-D (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-2000-d-lemon-1250-mg-60-soft-gels/83208 (downloaded 11/14/2023))



Exhibit 1-101: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Blood Sugar (60 Count): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-blood-sugar-1000-mg-60-softgels/70459 (downloaded 11/14/2023))



Exhibit 1-102: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Blood Sugar (60 Count): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-blood-sugar-1000-mg-60-softgels/70459 (downloaded 11/14/2023))



Exhibit 1-102: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CoQ10 (60 Count): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-coq10 (downloaded 11/15/2023))



Exhibit 1-103: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CoQ10 (60 Count): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-coq10 (downloaded 11/14/2023))



Exhibit 1-103: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CoQ10 (120 Count): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-coq10-1-000-mg-120-soft-gels/80556 (downloaded 11/15/2023))



Exhibit 1-104: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CoQ10 (120 Count): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-coq10-1-000-mg-120-soft-gels/80556 (downloaded 11/15/2023))



Exhibit 1-104: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CRP (90 Count): Product Image – Front Label** (*see* https://www.healthyhabitsliving.com/products/proomega-crp (downloaded 11/15/2023))



Exhibit 1-105: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega CRP (90 Count): Product Image – Back Label** (*see* https://www.healthyhabitsliving.com/products/proomega-crp (downloaded 11/15//2023))

## Pharmaceutical Grade | Molecularly Distilled

Every batch of Nordic Naturals fish oils is tested by a third-party certified lab for environmental toxins, including heavy metals. All fish oils are in the triglyceride form and surpass the strictest international standards for purity and freshness. Certificates of Analysis available upon request.

**Friend of the Sea certified.**

**Suggested Use:** Three soft gels daily, with food, or as directed by your health care professional or pharmacist.

**Store in a cool, dry place, away from sunlight**

**Do not take if tamper-evident seal is broken or missing**

**Product protected by U.S. patent #s 6346231 & 6641837**

**Keep out of the reach of children**

**Warning:** Consult with your physician before using this product if you are pregnant or lactating, are allergic to iodine, use anti-coagulants or vasodilators (e.g., nitroglycerin), or anticipate major surgery.

LONGVIDA® is patent protected under US9192644 and EP 1993365 and a registered trademark of Verdure Sciences Inc.

\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.



Fish oil processed in Norway. Distributed from the U.S. by: NORDIC NATURALS, INC. Watsonville, CA 95076

**800.662.2544**
nordicnaturals.com
nordicnaturals.com/pro/nongmo

7 68990 03125 0

Exhibit 1-105: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega in Fish Gelatin (60 Count, Lemon): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-in-fish-gelatin-60-count?variant=6849214218306&utm_source=google&utm_medium=cpc&utm_campaign=google%2Bshopping&gclid=CjwKCAiA9dGqBhAqEiwAmRpTCzkPet8uMhKZDAWd2bjL9Kxlnu5EHiA2lS8s_9eD4NYunIyiUjWr5RoCpw8QAvD_BwE (downloaded 11/15/2023))



Exhibit 1-106: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega In Fish Gelatin (60 Count, Lemon): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-in-fish-gelatin-60-count?variant=6849214218306&utm_source=google&utm_medium=cpc&utm_campaign=google%2Bshopping&gclid=CjwKCAiA9dGqBhAqEiwAmRpTCzkPet8uMhKZDAWd2bjL9Kxlnu5EHiA2lS8s_9eD4NYunIyiUjWr5RoCpw8QAvD_BwE (downloaded 11/15/2023))



Exhibit 1-106: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Joint Xtra (90 Count): Product Image – Front Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-joint-xtra?variant=6820224499778&utm_source=google&utm_medium=cpc&utm_campaign=google%2Bshopping&gclid=CjwKCAiA9dGqBhAqEiwAmRpTC5FUlTftQit9GPDQ0nyBAbdvBJuDB3t8woNvYtyaMoKCGIZ4nxR7KhoCzTgQAvD_BwE (downloaded 11/15/2023))



Exhibit 1-107: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Joint Xtra (90 Count): Product Image – Back Label** (*see* https://supplementfirst.com/products/nordic-naturals-proomega-joint-xtra?variant=6820224499778&utm_source=google&utm_medium=cpc&utm_campaign=google %2Bshopping&gclid=CjwKCAiA9dGqBhAqEiwAmRpTC5FUlTftQit9GPDQ0nyBAbdvBJuD B3t8woNvVYtyaMoKCGIZ4nxR7KhoCzTgQAvD_BwE (downloaded 11/15/2023))



Exhibit 1-107: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Junior (90 Count, Strawberry): Product Image – Front Label**
(*see* https://www.iherb.com/pr/nordic-naturals-proomega-junior-strawberry-250-mg-90-soft-gels/83206 (downloaded 11/15/2023))



Exhibit 1-108: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega Jr. (90 Count, Strawberry): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-junior-strawberry-250-mg-90-soft-gels/83206 (downloaded 11/15/2023))



Exhibit 1-108: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega LDL (180 Count): Product Image – Front Label** (*see* https://www.herbsdirect.com/products/nordic-naturals-proomega-ldl-180-soft-gels?gad_source=1&gclid=Cj0KCQiAmNeqBhD4ARIsADsYfTfqembF8KBnqBsDsqp0KgnEll pJzFxnFnx7Ru_dmSGyO3GdFAAfFtwaAop6EALw_wcB&variant=42473191899378 (downloaded 11/16/2023))



Exhibit 1-109: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega LDL (180 Count): Product Image – Back Label** (*see* https://www.herbsdirect.com/products/nordic-naturals-proomega-ldl-180-soft-gels?gad_source=1&gclid=Cj0KCQiAmNeqBhD4ARIsADsYfTfqembF8KBnqBsDsqp0KgnEll pJzFxnFnx7Ru_dmSGyO3GdFAAfFtwaAop6EALw_wcB&variant=42473191899378 (downloaded 11/16/2023))



### Pharmaceutical Grade | Molecularly Distilled

Every batch of Nordic Naturals fish oils is tested by a third-party certified lab for environmental toxins, including heavy metals. All fish oils are in the triglyceride form and surpass the strictest international standards for purity and freshness. Certificates of Analysis available upon request.

**Friend of the Sea certified.**

**Suggested Use:** Adults take three soft gels daily, preferably with food in the evening, or as directed by your healthcare professional. It is recommended that you take an additional Coenzyme Q10 supplement while using this product.

**Store in a cool, dry place, away from sunlight. Do not take if tamper-evident seal is broken or missing. Keep out of the reach of children.**

**Warning:** For adults only. Consult with your physician before taking this product if you may become pregnant, are pregnant, lactating, taking medications (including blood thinners, statins), have a medical condition (including liver disease), if you are on organ transplant recipient, if you had a major surgery recently, or if you are allergic to iodine. If you experience adverse events (including muscle pain), discontinue use and consult a physician.

❖ Helps maintain normal cholesterol levels already within the normal range*

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

Fish oil processed in Norway. Manufactured in the U.S. by:
NORDIC NATURALS, Mfg.
111 Jennings Drive
Watsonville, CA 95076

800.662.2544
nordicnaturals.com

7 68990 14160 7

Exhibit 1-109: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-lemon-1-000-mg-180-soft-gels/70461 (downloaded 11/14/2023))



Exhibit 1-110: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-lemon-1-000-mg-180-soft-gels/70461 (downloaded 11/14/2023))



Exhibit 1-110: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 3-6-9 (120 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-3-6-9-lemon-1000-mg-120-soft-gels/83205 (downloaded 11/15/2023))



Exhibit 1-111: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega 3-6-9 (120 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-3-6-9-lemon-1000-mg-120-soft-gels/83205 (downloaded 11/15/2023))



Exhibit 1-111: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega-D (60 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-d-lemon-1-000-mg-60-soft-gels/70455 (downloaded 11/15/2023))



Exhibit 1-112: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega-D (60 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-d-lemon-1-000-mg-60-soft-gels/70455 (downloaded 11/15/2023))



Exhibit 1-112: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega-D (180 Count, Lemon): Product Image – Front Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-d-lemon-500-mg-180-soft-gels/70467 (downloaded 11/15/2023))



Exhibit 1-113: (10) Nordic Naturals Pro Labels

**Nordic Naturals ProOmega-D (180 Count, Lemon): Product Image – Back Label** (*see* https://www.iherb.com/pr/nordic-naturals-proomega-d-lemon-500-mg-180-soft-gels/70467 (downloaded 11/15/2023))



Exhibit 1-113: (10) Nordic Naturals Pro Labels

**Nordic Naturals Magnesium Complex (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/magnesium-complex/?variant=39472185311416 (downloaded 11/17/2023))



Exhibit 1-114: (11) Nordic Naturals Magnesium Labels

**Nordic Naturals Magnesium Complex (90 Count): Product Image – Front Label** (*see* https://www.nordic.com/products/magnesium-complex/?variant=39472185311416 (downloaded 11/17/2023))



Exhibit 1-114: (11) Nordic Naturals Magnesium Labels

**Nordic Naturals Magnesium Gummies (60 Count): Product Image – Front Label** (*see* https://www.nhc.com/magnesium-gummies-by-nordic-naturals?quantity=1&frequency=7&size=2475&utm_source=google&utm_medium=cpc&utm_campaign=sales-new-business-pla&gad_source=1&gclid=CjwKCAiAu9yqBhBmEiwAHTx5p46zNZrt3552x7H9YoVSrdVW0RGUoyV78PEwF0jnNY7SSrAFUz2IAxoCrmsQAvD_BwE (downloaded 11/17/2023))



Exhibit 1-115: (11) Nordic Naturals Magnesium Labels

**Nordic Naturals Magnesium Gummies (60 Count): Product Image – Front Label** (*see* https://www.nhc.com/magnesium-gummies-by-nordic-naturals?quantity=1&frequency=7&size=2475&utm_source=google&utm_medium=cpc&utm_campaign=sales-new-business-pla&gad_source=1&gclid=CjwKCAiAu9yqBhBmEiwAHTx5p46zNZrt3552x7H9YoVSrdVW0RGUoyV78PEwF0jnNY7SSrAFUz2IAxoCrmsQAvD_BwE (downloaded 11/17/2023))



Exhibit 1-115: (11) Nordic Naturals Magnesium Labels