# Exhibit "2"

*Comparison Product Images*
Class Action Complaint

**Amazing Nutrition Norwegian Cod Liver Oil (120 Count, Orange): Product Image – Front Label** (*see* https://www.walmart.com/ip/Norwegian-Cod-Liver-Oil-Orange-1-250-mg-120-Softgels-Amazing-Nutrition/222690836 (downloaded 1/11/2023))



Exhibit 2-1: (1) Amazing Nutrition Comparison Labels

**Amazing Nutrition Norwegian Cod Liver Oil (120 Count, Orange): Product Image – Back Label** (*see* https://www.walmart.com/ip/Norwegian-Cod-Liver-Oil-Orange-1-250-mg-120-Softgels-Amazing-Nutrition/222690836 (downloaded 1/11/2023))



Exhibit 2-1: (1) Amazing Nutrition Comparison Labels

**Amazon Elements Vitamin E (100 Count): Product Image – Front Label** (*see*
https://www.amazon.com/Amazon-Elements-Vitamin-Softgels-
supply/dp/B07BFSFCDS/ref=sr_1_14?crid=MFZK1PCFIFSR&keywords=vitamins&qid=16739
71070&sprefix=%2Caps%2C143&sr=8-14 (downloaded 1/17/2023))



Exhibit 2-2: (2) Amazon Elements Comparison Labels

**Amazon Elements Vitamin E (100 Count): Product Image – Back Label** (*see* https://www.amazon.com/Amazon-Elements-Vitamin-Softgels-supply/dp/B07BFSFCDS/ref=sr_1_14?crid=MFZK1PCFIFSR&keywords=vitamins&qid=1673971070&sprefix=%2Caps%2C143&sr=8-14 (downloaded 1/17/2023))



Exhibit 2-2: (2) Amazon Elements Comparison Labels

**Amen Vitamin D, K2 & Zinc (60 Count): Product Image – Front Label** (*see* https://www.target.com/p/amen-vitamin-d-k2-zinc-supplement-60ct/-/A-86740936#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-3: (3) Amen Comparison Labels

**Amen Vitamin D, K2 & Zinc (60 Count): Product Image – Back Label** (*see* https://www.target.com/p/amen-vitamin-d-k2-zinc-supplement-60ct/-/A-86740936#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-3: (3) Amen Comparison Labels

**Bronson Antarctic Krill Oil (60 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/256521736 (downloaded 1/17/2023))



Exhibit 2-4: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (60 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/256521736 (downloaded 1/17/2023))



Exhibit 2-4: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (90 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/866409342 (downloaded 1/17/2023))



Exhibit 2-5: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (90 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/866409342 (downloaded 1/17/2023))



Exhibit 2-5: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (120 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/756365186 (downloaded 1/17/2023))



Exhibit 2-6: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (120 Count): Product Image – Back Label**
(https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/756365186 (downloaded 1/17/2023))



Exhibit 2-6: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (180 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/615163373 (downloaded 1/17/2023))



Exhibit 2-7: (4) Bronson Comparison Labels

**Bronson Antarctic Krill Oil (180 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Bronson-Antarctic-Krill-Oil-1000-mg-Omega-3-Fatty-Acids-Supplement-Softgels-EPA-DHA-Astaxanthin-Phospholipids-100-Pure-Heavy-Metal-Tested-Non-GMO-Glu/615163373 (downloaded 1/17/2023))





Exhibit 2-7: (4) Bronson Comparison Labels

**Bronson Vitamin D3 (360 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Vitamin-D3-10-000-IU-Bone-Health-and-Immune-Support-USDA-Certified-Organic-Non-GMO-Gluten-Free-360-Tablets/553887690 (downloaded 1/17/2023))



Exhibit 2-8: (4) Bronson Comparison Labels

**Bronson Vitamin D3 (360 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Vitamin-D3-10-000-IU-Bone-Health-and-Immune-Support-USDA-Certified-Organic-Non-GMO-Gluten-Free-360-Tablets/553887690 (downloaded 1/17/2023))

## Supplement Facts

Serving size 1 Tablet

Servings per container 360

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Vitamin D3        250 mcg (10,000 IU) | | 1250% |
| (as Cholecalciferol) | | |

**Other Ingredients:** Organic corn maltodextrin, organic potato starch, organic corn syrup solids, organic gum acacia, organic rice extract.

**Directions:** As a dietary supplement for adults, take 1 tablet daily, preferably with a meal, or as directed by a healthcare professional.

WARNING: Do not take this product if you are pregnant or nursing unless instructed by a health professional.
Do not exceed the recommended daily dose.
Discontinue use and consult a health professional if any adverse reactions occur.

Store at room temperature.
Protect from light.
Keep out of reach of children.

 SOY FREE   WHEAT FREE  NUT FREE

Exhibit 2-8: (4) Bronson Comparison Labels

**Carlson Cod Liver Oil Gems (250 Count): Product Image – Front Label** (*see* https://www.target.com/p/carlson-cod-liver-oil-gems-super-1000-mg-250-mg-omega-3s-a-d3-norwegian-wild-caught/-/A-82804034?preselect=82804033#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-9: (5) Carlson Comparison Labels

**Carlson Cod Liver Oil Gems (250 Count): Product Image – Back Label** (*see* https://www.target.com/p/carlson-cod-liver-oil-gems-super-1000-mg-250-mg-omega-3s-a-d3-norwegian-wild-caught/-/A-82804034?preselect=82804033#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-9: (5) Carlson Comparison Labels

**Carlyle Vitamin B-2 Riboflavin (180 Count): Product Image – Front Label** (*see* https://www.target.com/p/carlyle-vitamin-b-2-riboflavin-100-mg-180-tablets/-/A-87471110#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-10: (6) Carlyle Comparison Labels

**Carlyle Vitamin B-2 Riboflavin (180 Count): Product Image – Back Label** (*see* https://www.target.com/p/carlyle-vitamin-b-2-riboflavin-100-mg-180-tablets/-/A-87471110#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-10: (6) Carlyle Comparison Labels

**Equate Probiotic Gummies (80 Count): Product Image – Front Label** (*see*
https://www.walmart.com/ip/Equate-Probiotic-Gummy-Supplement-80-
Count/299916318?athbdg=L1600 (downloaded 1/17/2023))



Exhibit 2-11: (7) Equate Comparison Labels

**Equate Probiotic Gummies (80 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Equate-Probiotic-Gummy-Supplement-80-Count/299916318?athbdg=L1600 (downloaded 1/17/2023))

# Supplement Facts

Serving Size: **1 Gummy**   **2 Gummies**
Servings Per Container: 80 for 3 Years Old; 40 for 4 Years and Older

| | Amount Per Serving | % Daily Value 3 Yrs. | Amount Per Serving | % Daily Value 4 Yrs. & Older |
|---|---|---|---|---|
| Calories | 10 | | 15 | |
| Total Carbohydrate | 2 g | 1%** | 4 g | 1%* |
| Total Sugars | 1 g | ‡ | 3 g | ‡ |
| Includes Added Sugars | 1 g | 4%** | 3 g | 6%* |
| Sodium | 5 mg | <1% | 10 mg | <1% |
| *Bacillus coagulans* | 2.5 mg 250 Million CFU§ | ‡ | 5 mg 500 Million CFU§ | ‡ |

\* Percent Daily Values are based on a 2,000 calorie diet.
\*\* Percent Daily Values are based on a 1,000 calorie diet.
‡ Daily Value not established.

**OTHER INGREDIENTS:** CORN SYRUP, SUGAR, GELATIN, SODIUM CITRATE, CITRIC ACID, LACTIC ACID, NATURAL FLAVORS, COLORS ADDED (BLACK CARROT JUICE CONCENTRATE, ANNATTO, GENIPAP JUICE CONCENTRATE, WATERMELON JUICE CONCENTRATE), CORN STARCH.

Exhibit 2-11: (7) Equate Comparison Labels

**Garden of Life Minami Prenatal Omega-3 Fish Oil (30 Count, Lemon): Product Image –
Front Label** (*see* https://www.gardenoflife.com/minami-prenatal-omega-3-fish-oil (downloaded
1/12/2023))



Exhibit 2-12: (8) Garden of Life Comparison Labels

**Garden of Life Minami Prenatal Omega-3 Fish Oil (30 Count, Lemon): Product Image –
Front Label** (*see* https://www.gardenoflife.com/minami-prenatal-omega-3-fish-oil (downloaded
1/12/2023))

**Suggested Use:** Adults take 1 softgel per day with water.
Best taken with food. Not intended for children.

# Supplement Facts

Serving Size 1 Softgel
Servings Per Container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calories    9 | |
| Calories from Fat    7 | |
| Total Fat    1 g | 1%[1] |
| Saturated Fat    0 g | 0%[1] |
| Unsaturated Fat    0.5 g | |
| *Trans* Fat    0 g | |
| **Total Omega-3 Fatty Acids**    640 mg | + |
| DHA (Docosahexaenoic Acid)    480 mg | |
| EPA (Eicosapentaenoic Acid)    104 mg | |
| Other Omega-3s    56 mg | |

[1] Percent Daily Values are based on a 2,000 calorie diet.
+Daily Value not established.

**Ingredients:** Deep-sea fish oil (anchovy, sardine and
mackerel), fish gelatin, vegetable glycerin, natural
lemon flavor, rosemary extract, natural non-GMO
mixed tocopherols (antioxidant). Contains soy.

**CAUTION:** As with any dietary supplement, consult
your healthcare practitioner before using this product,
especially if you are pregnant, nursing, allergic to iodine,
use blood thinners, anticipate surgery, take medication on
a regular basis or are otherwise under medical supervision.

**Keep out of reach of children.**
Store in a dark, cool, dry place.
Do not use if safety seal is broken or missing.

**Gluten Free. Dairy Free.**

Exhibit 2-12: (8) Garden of Life Comparison Labels

**Garden of Life Minami Prenatal Omega-3 Fish Oil (60 Count, Lemon): Product Image – Front Label** (*see* https://www.gardenoflife.com/minami-prenatal-omega-3-fish-oil (downloaded 1/12/2023))



Exhibit 2-13: (8) Garden of Life Comparison Labels

**Garden of Life Minami Prenatal Omega-3 Fish Oil (60 Count, Lemon): Product Image –
Front Label** (*see* https://www.gardenoflife.com/minami-prenatal-omega-3-fish-oil (downloaded
1/12/2023))

**Suggested Use:** Adults take 1 softgel per day with water.
Best taken with food. Not intended for children.

# Supplement Facts

Serving Size 1 Softgel
Servings Per Container 60

| Amount Per Serving | % Daily Value |
|---|---|
| Calories   9 | |
| Calories from Fat   7 | |
| Total Fat   1 g | 1%[1] |
| Saturated Fat   0 g | 0%[1] |
| Unsaturated Fat   0.5 g | |
| *Trans* Fat   0 g | |
| Total Omega-3 Fatty Acids    640 mg | + |
| DHA (Docosahexaenoic Acid)    480 mg | |
| EPA (Eicosapentaenoic Acid)    104 mg | |
| Other Omega-3s    56 mg | |

[1] Percent Daily Values are based on a 2,000 calorie diet.
+Daily Value not established.

**Ingredients:** Deep-sea fish oil (anchovy, sardine and
mackerel), fish gelatin, vegetable glycerin, natural
lemon flavor, rosemary extract, natural non-GMO
mixed tocopherols (antioxidant). Contains soy.

**CAUTION:** As with any dietary supplement, consult
your healthcare practitioner before using this product,
especially if you are pregnant, nursing, allergic to iodine,
use blood thinners, anticipate surgery, take medication on
a regular basis or are otherwise under medical supervision.

**Keep out of reach of children.**
Store in a dark, cool, dry place.
Do not use if safety seal is broken or missing.

**Gluten Free. Dairy Free.**

Exhibit 2-13: (8) Garden of Life Comparison Labels

**Garden of Life Dr. Formulated Advanced Omega (60 Count): Product Image – Front Label** (*see* https://www.gardenoflife.com/dr-formulated-advanced-omega (downloaded 1/12/2023))



Exhibit 2-14: (8) Garden of Life Comparison Labels

**Garden of Life Dr. Formulated Advanced Omega (60 Count): Product Image – Back Label**
(*see* https://www.gardenoflife.com/dr-formulated-advanced-omegal (downloaded 1/12/2023))



Exhibit 2-14: (8) Garden of Life Comparison Labels

**Garden of Life Dr. Formulated Advanced Omega (180 Count): Product Image – Front Label** (*see* https://www.gardenoflife.com/dr-formulated-advanced-omega (downloaded 1/12/2023))



Exhibit 2-14: (8) Garden of Life Comparison Labels

**Garden of Life Dr. Formulated Advanced Omega (180 Count): Product Image – Back Label** (*see* https://www.gardenoflife.com/dr-formulated-advanced-omega1 (downloaded 1/12/2023))



Exhibit 2-15: (8) Garden of Life Comparison Labels

**Integrative Therapeutics Vitamin E (60 Count): Product Image – Front Label** (*see* https://www.amazon.com/Integrative-Therapeutics-Full-Tocopherol-Free-Radical-Detoxification/dp/B00280A5RI/ref=sr_1_58?crid=MFZK1PCFIFSR&keywords=vitamins&qid= 1673975338&sprefix=%2Caps%2C143&sr=8-58 (downloaded 1/18/2023))



Exhibit 2-16: (9) Integrative Therapeutics Comparison Labels

**Integrative Therapeutics Vitamin E (60 Count): Product Image – Back Label** (*see* https://www.amazon.com/Integrative-Therapeutics-Full-Tocopherol-Free-Radical-Detoxification/dp/B00280A5RI/ref=sr_1_58?crid=MFZK1PCFIFSR&keywords=vitamins&qid=1673975338&sprefix=%2Caps%2C143&sr=8-58 (downloaded 1/18/2023))



Exhibit 2-16: (9) Integrative Therapeutics Comparison Labels

**Kirkland Signature Fish Oil (400 Count): Product Image – Front Label** (*see* https://www.costco.com/kirkland-signature-fish-oil-1000-mg.%2C-400-softgels.product.11072245.html (downloaded 1/12/2023))



Exhibit 2-17: (10) Kirkland Signature Comparison Labels

**Kirkland Signature Fish Oil (400 Count): Product Image – Back Label** (*see* https://www.costco.com/kirkland-signature-fish-oil-1000-mg.%2C-400-softgels.product.11072245.html (downloaded 1/12/2023))



Exhibit 2-17: (10) Kirkland Signature Comparison Labels

**Life Extension Vitamin D3 (60 Count): Product Image – Front Label** (*see* https://www.lifeextension.com/vitamins-supplements/item01713/vitamin-d3 (downloaded 1/18/2023))



Exhibit 2-18: (11) Life Extension Comparison Labels

**Life Extension Vitamin D3 (60 Count): Product Image – Back Label** (*see* https://www.lifeextension.com/vitamins-supplements/item01713/vitamin-d3 (downloaded 1/18/2023))



Exhibit 2-18: (11) Life Extension Comparison Labels

**Mary Ruth's Vitamin C Gummies (60 Count): Product Image – Front Label** (*see* https://www.target.com/p/maryruth-39-s-vitamin-c-gummies-60ct/-/A-86217673#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-19: (12) Mary Ruth's Comparison Labels

**Mary Ruth's Vitamin C Gummies (60 Count): Product Image – Back Label** (*see* https://www.target.com/p/maryruth-39-s-vitamin-c-gummies-60ct/-/A-86217673#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-19: (12) Mary Ruth's Comparison Labels

**MegaFood Vitamin D3 (30 Count): Product Image – Front Label** (*see* https://megafood.com/collections/best-sellers/products/vitamin-d3-2000-iu (downloaded 1/12/2023))



Exhibit 2-20: (13) MegaFood Comparison Labels

**MegaFood Vitamin D3 (30 Count): Product Image – Back Label** (*see*
https://megafood.com/collections/best-sellers/products/vitamin-d3-2000-iu (downloaded
1/12/2023))



Exhibit 2-20: (13) MegaFood Comparison Labels

**MegaFood Vitamin D3 (90 Count): Product Image – Front Label** (*see* https://megafood.com/collections/best-sellers/products/vitamin-d3-2000-iu (downloaded 1/12/2023))



Exhibit 2-21: (13) MegaFood Comparison Labels

**MegaFood Vitamin D3 (90 Count): Product Image – Back Label** (*see*
https://megafood.com/collections/best-sellers/products/vitamin-d3-2000-iu (downloaded
1/12/2023))



Exhibit 2-21: (13) MegaFood Comparison Labels

**Natrol Omega-3 Fish Oil (150 Count, Lemon): Product Image – Front Label** (*see* https://www.target.com/p/natrol-omegas-and-fish-oil-omega-3-1-000-mg-fish-oil-softgel-lemon-150c/-/A-82166817#lnk=sametab (downloaded 1/11/2023))



Exhibit 2-22: (14) Natrol Comparison Labels

**Natrol Omega-3 Fish Oil (150 Count, Lemon): Product Image – Back Label** (*see* https://www.target.com/p/natrol-omegas-and-fish-oil-omega-3-1-000-mg-fish-oil-softgel-lemon-150c/-/A-82166817#lnk=sametab (downloaded 1/11/2023))



Exhibit 2-22: (14) Natrol Comparison Labels

**Nature Made Vitamin C Gummies (80 Count, Tangerine): Product Image – Front Label**
(*see* https://www.naturemade.com/products/nature-made-vitamin-c-gummies?variant=17770827120711 (downloaded 1/11/2023))



Exhibit 2-23: (15) Nature Made Comparison Labels

**Nature Made Vitamin C Gummies (80 Count, Tangerine): Product Image – Back Label**
(*see* https://www.naturemade.com/products/nature-made-vitamin-c-gummies?variant=17770827120711 (downloaded 1/11/2023))



Exhibit 2-23: (15) Nature Made Comparison Labels

**Nature Made Vitamin C Gummies (150 Count, Tangerine): Product Image – Front Label**
(*see* https://www.naturemade.com/products/nature-made-vitamin-c-gummies?variant=17890068070471 (downloaded 1/11/2023))



Exhibit 2-24: (15) Nature Made Comparison Labels

**Nature Made Vitamin C Gummies (150 Count, Tangerine): Product Image – Back Label**
(*see* https://www.naturemade.com/products/nature-made-vitamin-c-gummies?variant=17890068070471 (downloaded 1/11/2023))



Exhibit 2-24: (15) Nature Made Comparison Labels

**Nature's Bounty Fish Oil + Vitamin D3 (90 Count): Product Image – Front Label** (*see* https://naturesbounty.com/products/fish-oil-1200-mg-plus-vitamin-d3-1000-iu-90-rapid-release-softgels (downloaded 1/11/2023))



Exhibit 2-25: (16) Nature's Bounty Comparison Labels

**Nature's Bounty Fish Oil + Vitamin D3 (90 Count): Product Image – Back Label** (*see* https://www.iherb.com/pr/nature-s-bounty-fish-oil-d3-90-rapid-release-softgels/32418 (downloaded 5/23/2023))



Exhibit 2-25: (16) Nature's Bounty Comparison Labels

**Nature's Truth High Potency Vitamin D3 Gummies (60 Count, Peach): Product Image – Front Label** (*see* https://www.riteaid.com/shop/nature-s-truth-high-potency-vitamin-d3-gummies-125-mcg-60-ct?gclid=Cj0KCQiA_P6dBhD1ARIsAAGI7HDmTGx8_tP3_qhNjYHqsLHkVIkuTRWEDp21yC4zyfB4FSJkcbSWnBkaAkXiEALw_wcB (downloaded 1/12/2023))



Exhibit 2-26: (17) Nature's Truth Comparison Labels

**Nature's Truth High Potency Vitamin D3 Gummies (60 Count, Peach): Product Image –
Back Label** (*see* https://www.riteaid.com/shop/nature-s-truth-high-potency-vitamin-d3-
gummies-125-mcg-60-
ct?gclid=Cj0KCQiA_P6dBhD1ARIsAAGI7HDmTGx8_tP3_qhNjYHqsLHkVIkuTRWEDp21y
C4zyfB4FSJkcbSWnBkaAkXiEALw_wcB (downloaded 1/12/2023))



Exhibit 2-26: (17) Nature's Truth Comparison Labels

**Nature's Way Alive! Everyday Immune Health (30 Count): Product Image – Front Label** (*see* https://naturesway.com/products/alive-everyday-immune-health?_pos=2&_fid=2f1e4fbb8&_ss=c&variant=43405102678230 (downloaded 1/12/2023))



Exhibit 2-27: (19) Nature's Way Alive! Comparison Labels

**Nature's Way Alive! Everyday Immune Health (30 Count): Product Image – Back Label** (*see* https://naturesway.com/products/alive-everyday-immune-health?_pos=2&_fid=2f1e4fbb8&_ss=c&variant=43405102678230 (downloaded 1/12/2023))



Exhibit 2-27: (19) Nature's Way Alive! Comparison Labels

**Naturewise Vitamin D3 (30 Count): Product Image – Front Label** (*see* https://www.naturewise.com/products/vitamin-d3-5000-iu-125mcg-30-softgels (downloaded 1/17/2023))



Exhibit 2-28: (20) Naturewise Comparison Labels

**Naturewise Vitamin D3 (30 Count): Product Image – Back Label** (*see* https://www.naturewise.com/products/vitamin-d3-5000-iu-125mcg-30-softgels (downloaded 1/17/2023))



Exhibit 2-28: (20) Naturewise Comparison Labels

**NOW Double Strength DHA-500 Fish Oil (180 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/NOW-Supplements-DHA-500-with-250-EPA-Molecularly-Distilled-Supports-Brain-Health-180-Softgels/52699167 (downloaded 1/11/2023))



Exhibit 2-29: (21) NOW Comparison Labels

**NOW Double Strength DHA-500 Fish Oil (180 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/NOW-Supplements-DHA-500-with-250-EPA-Molecularly-Distilled-Supports-Brain-Health-180-Softgels/52699167 (downloaded 1/11/2023))



Exhibit 2-29: (21) NOW Comparison Labels

**Nutricost Vitamin K2 (240 Count): Product Image – Front Label** (*see*
https://www.walmart.com/ip/Nutricost-Vitamin-K2-MK-7-100mcg-240-Softgels-Gluten-Free-and-Non-GMO-Supplement/636635673?athbdg=L1600 (downloaded 1/17/2023))



Exhibit 2-30: (22) Nutricost Comparison Labels

**Nutricost Vitamin K2 (240 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Nutricost-Vitamin-K2-MK-7-100mcg-240-Softgels-Gluten-Free-and-Non-GMO-Supplement/636635673?athbdg=L1600 (downloaded 1/17/2023))



Exhibit 2-30: (22) Nutricost Comparison Labels

**Physician's Choice Probiotic (30 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Physician-s-Choice-60-Billion-Probiotic-Prebiotics-and-Probiotics-for-Women-and-Men-30-ct/977258927?athbdg=L1100 (downloaded 1/18/2023))



Exhibit 2-31: (23) Physician's Choice Comparison Labels

**Physician's Choice Probiotic (30 Count): Product Image – Back Label** (*see*
https://www.walmart.com/ip/Physician-s-Choice-60-Billion-Probiotic-Prebiotics-and-Probiotics-
for-Women-and-Men-30-ct/977258927?athbdg=L1100 (downloaded 1/18/2023))



Exhibit 2-31: (23) Physician's Choice Comparison Labels

**Pure Encapsulations Vitamin D3 (30 Count): Product Image – Front Label** (*see* https://smartq.pureforyou.com/products/39406546288674/vitamin-d3 (downloaded 1/12/2023))



Exhibit 2-32: (24) Pure Encapsulations Comparison Labels

**Pure Encapsulations Vitamin D3 (30 Count): Product Image – Back Label** (*see* https://smartq.pureforyou.com/products/39406546288674/vitamin-d3 (downloaded 1/12/2023))



Exhibit 2-32: (24) Pure Encapsulations Comparison Labels

**Pure Encapsulations Vitamin D3 (60 Count): Product Image – Front Label** (*see* https://smartq.pureforyou.com/products/39406546288674/vitamin-d3 (downloaded 1/12/2023))



Exhibit 2-33: (24) Pure Encapsulations Comparison Labels

**Pure Encapsulations Vitamin D3 (60 Count): Product Image – Back Label** (*see* https://www.pureformulas.com/vitamin-d3-5000-iu-60-vegetable-capsules-by-pure-encapsulations.html <u>(downloaded 5/24/2023)</u>)



Exhibit 2-33: (24) Pure Encapsulations Comparison Labels

**Puritan's Pride CO Q-10 (60 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Puritan-s-Pride-Q-SORB-Co-Q-10-Softgels-100-Mg-60-Ct/737878758?athbdg=L1600 (downloaded 1/17/2023))



Exhibit 2-34: (25) Puritan's Pride Comparison Labels

**Puritan's Pride CO Q-10 (60 Count): Product Image – Back Label** (*see*
https://www.walmart.com/ip/Puritan-s-Pride-Q-SORB-Co-Q-10-Softgels-100-Mg-60-
Ct/737878758?athbdg=L1600 (downloaded 1/17/2023))



Exhibit 2-34: (25) Puritan's Pride Comparison Labels

**Puritan's Pride Vitamin C with Bioflavonoids (200 Count): Product Image – Front Label**
(*see* https://www.walmart.com/ip/Puritan-s-Pride-Vitamin-C-1000-mg-with-Bioflavonoids-200-Capsules/392283293 (downloaded 1/17/2023))



Exhibit 2-35: (25) Puritan's Pride Comparison Labels

**Puritan's Pride Vitamin C with Bioflavonoids (200 Count): Product Image – Back Label**
(*see* https://www.walmart.com/ip/Puritan-s-Pride-Vitamin-C-1000-mg-with-Bioflavonoids-200-Capsules/392283293 (downloaded 6/5/2023))

## Supplement Facts

Serving Size 1 Capsule

| Amount Per Serving | % Daily Value |
|---|---|
| Vitamin C 1,000 mg (1 g) | 1,667% |
| Citrus Bioflavonoid Complex (Citrus spp.) (fruit and peel) | 15 mg * |

*Daily Value not established.

**Directions:** For adults, take one (1) capsule daily, preferably with a meal.

**Other Ingredients:** Ascorbic Acid, Gelatin, Magnesium Silicate, Vegetable Cellulose, Citrus Bioflavonoid Complex, Titanium Dioxide Color

WARNING: If you are pregnant, nursing, taking any medications or have any medical condition, consult your doctor before use. Discontinue use and consult your doctor if any adverse reactions occur. Keep out of reach of children. Store at room temperature. Do not use if seal under cap is broken or missing.

No Artificial Flavor or Sweetener, No Preservatives, No Sugar, No Starch, No Milk, No Lactose, No Soy, No Gluten, No Wheat, No Yeast, No Fish, Sodium Free.

Exhibit 2-35: (25) Puritan's Pride Comparison Labels

**Qunol Ultra CoQ10 (120 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Qunol-Ultra-CoQ10-Softgels-120-Count-with-3x-Better-Absorption-Antioxidant-for-Heart-Health-100mg-Natural-Supplement-Form-of-Coenzyme-Q10/17324916 (downloaded 1/18/2023))



Exhibit 2-36: (26) Qunol Comparison Labels

**Qunol Ultra CoQ10 (120 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Qunol-Ultra-CoQ10-Softgels-120-Count-with-3x-Better-Absorption-Antioxidant-for-Heart-Health-100mg-Natural-Supplement-Form-of-Coenzyme-Q10/17324916 (downloaded 1/18/2023))



Exhibit 2-36: (26) Qunol Comparison Labels

**RenewLife Super Critical Omega (60 Count): Product Image – Front Label** (*see* https://www.target.com/p/norwegian-gold-super-critical-omega-omega-3-fish-oil-supplement-burpless-brain-heart-and-joint-health-60-softgel-capsules/-/A-86867607#lnk=sametab (downloaded 1/11/2023))



Exhibit 2-37: (27) RenewLife Comparison Labels

**Renew Life Super Critical Omega (60 Count): Product Image – Back Label** (*see* https://www.target.com/p/norwegian-gold-super-critical-omega-omega-3-fish-oil-supplement-burpless-brain-heart-and-joint-health-60-softgel-capsules/-/A-86867607#lnk=sametab (downloaded 1/11/2023))



Exhibit 2-37: (27) RenewLife Comparison Labels

**Schiff Vitamins MegaRed Advanced 4in1 Omega-3 Fish and Krill Oil (40 Count): Product Image – Front Label** (*see* https://www.schiffvitamins.com/collections/advanced-omegas/products/megared-advanced-4in1-900mg-40ct (downloaded 6/5/2023))



Exhibit 2-38: (28) Schiff Vitamins MegaRed Comparison Labels

**Schiff Vitamins MegaRed Advanced 4in1 Omega-3 Fish and Krill Oil (40 Count): Product Image – Back Label** (*see* https://www.schiffvitamins.com/collections/advanced-omegas/products/megared-advanced-4in1-900mg-40ct (downloaded 1/11/2023))



Exhibit 2-38: (28) Schiff Vitamins MegaRed Comparison Labels

**Solgar Vitamin D3 (Cholecalciferol) (60 Count): Product Image – Front Label**
(https://www.walgreens.com/store/c/solgar-vitamin-d3-(cholecalciferol)-125-mcg-(5,000-iu)-
vegetable-capsules/ID=300427226-product (downloaded 1/18/2023))



Exhibit 2-39: (29) Solgar Comparison Labels

**Solgar Vitamin D3 (Cholecalciferol) (60 Count): Product Image – Back Label**
(https://www.walgreens.com/store/c/solgar-vitamin-d3-(cholecalciferol)-125-mcg-(5,000-iu)-
vegetable-capsules/ID=300427226-product (downloaded 1/18/2023))



Exhibit 2-39: (29) Solgar Comparison Labels

**Sports Research Triple Strength Omega-3 Fish Oil (90 Count): Product Image – Front Label** (https://www.walmart.com/ip/Sports-Research-Triple-Strength-Omega-3-Fish-Oil-Burpless-Supplement-w-EPA-DHA-Fatty-Acids-Wild-Alaskan-Pollock-Heart-Brain-Immune-Support-Men-Women-/511593626 (downloaded 1/12/2023))



Exhibit 2-40: (30) Sports Research Comparison Labels

**Sports Research Triple Strength Omega-3 Fish Oil (90 Count): Product Image – Back Label** (https://www.walmart.com/ip/Sports-Research-Triple-Strength-Omega-3-Fish-Oil-Burpless-Supplement-w-EPA-DHA-Fatty-Acids-Wild-Alaskan-Pollock-Heart-Brain-Immune-Support-Men-Women-/511593626 (downloaded 1/12/2023))



## NO FILLERS. NO FAKE FLAVORS.

# Supplement Facts

**Serving Size:** 1 Liquid Softgel
**Servings Per Container:** 90

|  | Amount Per Serving | % DV |
|---|---|---|
| **Calories** | 15 |  |
| **Total Fat** | 1.5 g | 2%** |
| Wild Alaska Pollock Fish Oil Concentrate | 1250 mg | † |
| Total Omega-3 Fatty Acids as TG | 1040 mg | † |
| Eicosapentaenoic Acid (EPA as TG) | 690 mg | † |
| Docosahexaenoic Acid (DHA as TG) | 260 mg | † |
| Other Omega-3 Fatty Acids | 90 mg | † |

** Percent Daily Values (DV) are based on a 2,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Softgel Capsule (Fish Gelatin [Tilapia-sourced], Non-GMO Vegetable Glycerin, Purified Water), Natural Mixed Tocopherols (IP Certified).
**CONTAINS:** Fish (Alaska Pollock).

Highest concentration of EPA & DHA per softgel.

Exhibit 2-40: (30) Sports Research Comparison Labels

**Spring Valley Fish Oil (300 Count): Product Image – Front Label** (*see*
https://www.walmart.com/ip/Spring-Valley-Omega-3-Fish-Oil-Soft-Gels-1000-mg-300-
Count/396031230?athbdg=L1600 (downloaded 1/11/2023))



Exhibit 2-41: (31) Spring Valley Comparison Labels

**Spring Valley Fish Oil (300 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Spring-Valley-Omega-3-Fish-Oil-Soft-Gels-1000-mg-300-Count/396031230?athbdg=L1600 (downloaded 1/11/2023))





Exhibit 2-41: (31) Spring Valley Comparison Labels

**Spring Valley Kids Melatonin Gummy (60 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/Spring-Valley-Kid-s-Melatonin-Dietary-Supplement-Vegetarian-Gummies-60-ct/519575375 (downloaded 1/17/2023))



Exhibit 2-42: (31) Spring Valley Comparison Labels

**Spring Valley Kids Melatonin Gummy (60 Count): Product Image – Back Label** (*see* https://www.walmart.com/ip/Spring-Valley-Kid-s-Melatonin-Dietary-Supplement-Vegetarian-Gummies-60-ct/519575375 (downloaded 1/17/2023))



Exhibit 2-42: (31) Spring Valley Comparison Labels

**Swanson Biotin (100 Count): Product Image – Front Label** (*see* https://www.target.com/p/swanson-vitamin-b-biotin-5-000-mcg-capsule-100ct/-/A-82435888#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-43: (32) Swanson Comparison Labels

**Swanson Biotin (100 Count): Product Image – Back Label** (*see*
https://www.target.com/p/swanson-vitamin-b-biotin-5-000-mcg-capsule-100ct/-/A-
82435888#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-43: (32) Swanson Comparison Labels

**Swanson Niacinamide (250 Count): Product Image – Front Label** (*see* https://www.target.com/p/swanson-vitamin-b-niacinamide-500-mg-capsule-250ct/-/A-82435859#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-44: (32) Swanson Comparison Labels

**Swanson Niacinamide (250 Count): Product Image – Back Label** (*see*
https://www.target.com/p/swanson-vitamin-b-niacinamide-500-mg-capsule-250ct/-/A-
82435859#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-44: (32) Swanson Comparison Labels

**Up&Up 100% Wild Alaskan Burp Less Fish Oil (150 Count): Product Image – Front Label**
(*see* https://www.target.com/p/100-wild-alaskan-fish-oil-dietary-supplement-softgels-up-up/-/A-80364307?preselect=15023242#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-45: (33) Up&Up Comparison Labels

**Up&Up 100% Wild Alaskan Burp Less Fish Oil (150 Count): Product Image – Back Label**
(*see* https://www.target.com/p/100-wild-alaskan-fish-oil-dietary-supplement-softgels-up-up/-/A-80364307?preselect=15023242#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-45: (33) Up&Up Comparison Labels

**Up&Up Kids' Omega-3 EPA, DHA, ALA Gummies (120 Count; Natural Raspberry and Lemonade Flavors): Product Image – Front Label** (*see* https://www.target.com/p/kids-39-omega-3-gummies-lemonade-strawberry-38-cherry-120ct-up-38-up-8482/-/A-13286701#lnk=sametab (downloaded 1/11/2023))



Exhibit 2-46: (33) Up&Up Comparison Labels

**Up&Up Kids' Omega-3 EPA, DHA, ALA Gummies (120 Count; Natural Raspberry and Lemonade Flavors): Product Image – Back Label** (*see* https://www.target.com/p/kids-39-omega-3-gummies-lemonade-strawberry-38-cherry-120ct-up-38-up-8482/-/A-13286701#lnk=sametab (downloaded 1/11/2023))

**Suggested use:** As a dietary supplement, parents may give children 2-3 years, one (1) gummy per day. Parents may give children 4 years or older, two (2) gummies per day. Instruct child to chew each gummy thoroughly.

# Supplement Facts

Serving Size — 1 Gummy
Servings Per Bottle — 120 for 2-3 years

Serving Size — 2 Gummies
Servings Per Bottle — 60 for 4 years and older

| | Amount per serving | % Daily Value for 2-3 Yrs. | Amount per serving | % Daily Value for 4 & up |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Fat | 0.1 g | <1%** | 0.2 g | <1%* |
| Total Carbohydrate | 2 g | 1% | 4 g | 1%* |
| Total Sugars | 2 g | *** | 3 g | *** |
| Includes 2 g added sugars | | 8%** | 3 g added sugars | 6%* |
| Vitamin A (as retinyl palmitate) | 75 mcg RAE | 25% | 150 mcg RAE | 17% |
| Vitamin C (as ascorbic acid) | 3 mg | 20% | 6 mg | 7% |
| Vitamin D (as cholecalciferol) | 2.5 mcg (100 IU) | 17% | 5 mcg (200 IU) | 25% |
| Vitamin E (as dl-alpha-tocopheryl acetate) | 1 mg | 17% | 2 mg | 13% |
| Total Omega-3 fatty acids | 50 mg | *** | 100 mg | *** |
| EPA/DHA (from purified fish oil concentrate) | 25 mg | *** | 50 mg | *** |
| ALA (from flaxseed oil) (plant based) | 25 mg | *** | 50 mg | *** |

* Percent Daily Values based on a 2000 calorie diet.
** Percent Daily Values based on a 1000 calorie diet.
*** Daily Value not established.

**Other ingredients:** Glucose syrup, sugar, water, gelatin, less than 2% of: citric acid, colors (turmeric, paprika extract, radish concentrate), fumaric acid, lactic acid, natural flavors and pectin. **Contains:** fish (anchovy, and/or sardine with mackerel and/or herring).

**KEEP OUT OF THE REACH OF CHILDREN.**

**WARNINGS:** Take only as directed. Do not exceed suggested dosage. If your child has a medical condition or is on medication, please consult a physician before using this product. Not recommended for children under two years of age due to choking. Do not use if outer seal is broken or missing. This product may settle during shipping. Do not expose to excessive heat or moisture. Colors will darken over time. This does not alter the potency of the product. Best if refrigerated after opening.

 100% satisfaction guaranteed or your money back.

We welcome any questions you may have at Target.com/comments or 1-800-910-6874.

094.02.0297 R01 C-001472-01-134
Distributed by Target Corporation
Minneapolis, MN 55403
**Made in Spain**
TM & ©2021 Target Brands, Inc.

* This product is not manufactured or distributed by Church & Dwight Co. Inc., owner of the registered trademark LII Critters®.


PLASTIC BOTTLE

See bottom of the bottle for EXP date and Lot No.

Exhibit 2-46: (33) Up&Up Comparison Labels

**Up&Up Vitamin D3 (100 Count): Product Image – Front Label** (*see* https://www.target.com/p/vitamin-d3-dietary-supplement-softgels-up-up/-/A-52261018?preselect=13319478#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-47: (33) Up&Up Comparison Labels

**Up&Up Vitamin D3 (100 Count): Product Image – Back Label** (*see* https://www.target.com/p/vitamin-d3-dietary-supplement-softgels-up-up/-/A-52261018?preselect=13319478#lnk=sametab (downloaded 1/18/2023))



Exhibit 2-47: (33) Up&Up Comparison Labels

**Vitafusion Extra Strength Vitamin D3 (120 Count, Strawberry): Product Image – Front Label** (*see* https://www.vitafusion.com/products/vitafusion-extra-strength-d3.html (downloaded 1/11/2023))



Exhibit 2-48: (34) Vitafusion Comparison Labels

**Vitafusion Extra Strength Vitamin D3 (120 Count, Strawberry): Product Image – Back Label** (*see* https://www.vitafusion.com/products/vitafusion-extra-strength-d3.html (downloaded 1/11/2023))

# Supplement Facts

Serving Size 2 Gummy Vitamins
Servings Per Bottle 60

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 4 g | 1% † |
| Total Sugars | 3 g | ** |
| Includes 3 g Added Sugars | | 6% † |
| Vitamin D (as cholecalciferol) | 75 mcg (3000 IU) | 375% |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other Ingredients:** Tapioca syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, canola lecithin, citric acid, color (purple carrot juice concentrate), malic acid, medium chain triglycerides, natural flavor, pectin, and sodium citrate.
**Contains: tree nuts (coconut).**

*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

Exhibit 2-48: (34) Vitafusion Comparison Labels

**Viva Naturals Triple-Strength Omega-3 Fish Oil (180 Count): Product Image – Front Label** (*see* https://vivanaturals.com/products/fish-oil?variant=15385470140473 (downloaded 1/11/2023))



Exhibit 2-50: (35) Viva Naturals Comparison Labels

**Viva Naturals Triple-Strength Omega-3 Fish Oil (180 Count): Product Image – Back Label**
(*see* https://vivanaturals.com/products/fish-oil?variant=15385470140473 (downloaded 5/25/2023))



Exhibit 2-50: (35) Viva Naturals Comparison Labels