# Exhibit "3"

*Serving Size Chart*
Class Action Complaint

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| (1) Nordic Naturals Algae |
| 1. | Algae DHA; Soft Gels | 500 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 2. | Algae DHA; Soft Gels | 500 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 3. | Algae Omega; Soft Gels | 715 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 4. | Algae Omega; Soft Gels | 715 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 5. | Algae Omega; Soft Gels | 715 mg Omega-3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| (2) Nordic Naturals Children's |
| 6. | Children's DHA; Mini Soft Gels–Strawberry Flavor | 250 mg Omega-3 | 90 Mini Soft Gels | 4 Capsules | ¾ Purchase Price |
| 7. | Children's DHA; Mini Soft Gels–Strawberry Flavor | 250 mg Omega-3 | 120 Mini Soft Gels | 4 Capsules | ¾ Purchase Price |
| 8. | Children's DHA; Mini Soft Gels–Strawberry Flavor | 250 mg Omega-3 | 180 Mini Soft Gels | 4 Capsules | ¾ Purchase Price |
| 9. | Children's DHA; Mini Soft Gels–Strawberry Flavor | 250 mg Omega-3 | 360 Mini Soft Gels | 4 Capsules | ¾ Purchase Price |
| 10. | Children's DHA Vegetarian; Mini Soft Gels–Grape Flavor | 375 mg Omega-3 | 120 Mini Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 11. | Children's DHA Xtra; Mini Soft Gels–Berry Punch Flavor | 636 mg Omega-3 | 90 Mini Soft Gels | 3 Capsules | ⅔ Purchase Price |
| (3) Nordic Naturals Complete |
| 12. | Complete Omega Soft Gels–Lemon Flavor | 565 mg Omega-3 + 70 mg GLA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 13. | Complete Omega; Soft Gels–Lemon Flavor | 565 mg Omega-3 + 70 mg GLA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 14. | Complete Omega; Soft Gels–Lemon Flavor | 565 mg Omega-3 + 70 mg GLA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 15. | Complete Omega Junior; Mini Soft Gels–Lemon Flavor | 283 mg Omega-3 + 35 mg GLA | 90 Mini Soft Gels | 2 Capsules | ½ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 16. | Complete Omega Junior; Mini Soft Gels–Lemon Flavor | 283 mg Omega-3 + 35 mg GLA | 180 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 17. | Complete Omega Xtra; Soft Gels | 1360 mg Omega-3 + 76 mg GLA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 18. | Complete Omega-D3; Soft Gels–Lemon Flavor | 565 mg Omega-3 + 70 mg GLA + 1000 IU D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 19. | Complete Omega-D3; Soft Gels–Lemon Flavor | 565 mg Omega-3 + 70 mg GLA + 1000 IU D3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 20. | Complete Omega-D3 Junior; Soft Gels–Lemon Flavor | 283 mg Omega-3 + 15 mg GLA + 1000 IU D3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| | **(4) Nordic Naturals Nordic Flora Probiotic** | | | | |
| 21. | Kids Nordic Flora Probiotic Gummies with Prebiotics; Merry Berry Punch Flavor | 1.5 Billion | 60 Gummies | 2 Capsules | ½ Purchase Price |
| 22. | Nordic Flora Probiotic Daily; Capsules | 12 Billion CFU | 60 Capsules | 2 Capsules | ½ Purchase Price |
| 23. | Nordic Flora Probiotic Woman; Capsules | 15 Billion CFU | 60 Capsules | 2 Capsules | ½ Purchase Price |
| | **(5) Nordic Naturals Omega-3** | | | | |
| 24. | Arctic Cod Liver Oil; Soft Gels–Lemon Flavor | 750 mg Omega-3 | 90 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 25. | Arctic Cod Liver Oil; Soft Gels–Lemon Flavor | 750 mg Omega-3 | 180 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 26. | Arctic Omega; Soft Gels–Lemon Flavor | 330 mg EPA + 220 mg DHA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 27. | Balanced Omega; Soft Gels–Lemon Flavor | 240 mg EPA + 160 mg DHA + 76 mg GLA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 28. | Curcumin Gummies; Gummies–Mango Flavor | 200 mg Longvida Optimized Curcumin | 60 Gummies | 2 Capsules | ½ Purchase Price |

-2-

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 29. | DHA; Soft Gels–Strawberry Flavor | 830 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 30. | DHA Jr. Xtra; Soft Gels–Grape Flavor | 165 mg EPA + 375 mg DHA | 90 Soft Gels | 3 Capsules | $^2/_3$ Purchase Price |
| 31. | DHA Junior; Soft Gels–Strawberry Flavor | 80 mg EPA + 120 mg DHA | 180 Soft Gels | 4 Capsules | ¾ Purchase Price |
| 32. | DHA Xtra; Soft Gels–Strawberry Flavor | 1660 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 33. | DHA Xtra; Soft Gels–Strawberry Flavor | 1660 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 34. | EPA; Soft Gels–Lemon Flavor | 1210 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 35. | EPA Xtra; Soft Gels–Lemon Flavor | 1640 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 36. | EPA Xtra; Soft Gels– Lemon Flavor | 1640 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 37. | Omega Blood Sugar; Soft Gels | 896 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 38. | Omega Curcumin; Soft Gels | 1200 mg Omega-3 + 400 mg Optimized Curcumin | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 39. | Omega Focus; Soft Gels | 1280 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 40. | Omega Joint Xtra; Soft Gels | 1065 mg Omega-3 | 90 Soft Gels | 3 Capsules | $^2/_3$ Purchase Price |
| 41. | Omega LDL; Soft Gels | 1152 mg Omega-3 | 60 Soft Gels | 3 Capsules | $^2/_3$ Purchase Price |
| 42. | Omega Memory with Curcumin; Soft Gels | 1000 mg Omega-3 + 400 mg Optimized Curcumin | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 43. | Omega Vision; Soft Gels | 1460 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 44. | Omega Woman with Evening Primrose Oil; Soft Gels | 500 mg Omega-3 + 76 mg GLA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 45. | Omega-3; Soft Gels–Lemon Flavor | 690 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 46. | Omega-3; Soft Gels–Lemon Flavor | 690 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 47. | Omega-3; Soft Gels–Lemon Flavor | 690 mg Omega-3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 48. | Omega-3; Soft Gels–Lemon Flavor | 690 mg Omega-3 | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 49. | Omega-3 Phospholipids; Soft Gels | 500 mg Omega-3 + 350 mg Phospholipids | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 50. | Omega-3D; Soft Gels–Lemon Flavor | 690 mg Omega-3 + 1000 IU D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 51. | Nordic Omega-3 Gummies; Tangerine Flavor | 82 mg Omega-3 | 60 Gummies | 2 Capsules | ½ Purchase Price |
| 52. | Nordic Omega-3 Gummies; Tangerine Flavor | 82 mg Omega-3 | 120 Gummies | 2 Capsules | ½ Purchase Price |
| 53. | Recovery Plus; Soft Gels | 1800 mg Omega-3; 600 mg Curcumin Extract | 45 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| **(6) Postnatal and Prenatal Care** | | | | | |
| 54. | Postnatal Omega-3; Soft Gels–Lemon Flavor | 1120 mg Omega-3; 1000 IU Vitamin D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 55. | Prenatal DHA; Soft Gels | 830 mg Omega-3; 400 IU Vitamin D3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 56. | Prenatal DHA; Soft Gels–Strawberry Flavor | 830 mg Omega-3; 400 IU Vitamin D3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 57. | Prenatal DHA; Soft Gels–Strawberry Flavor | 830 mg Omega-3; 400 IU Vitamin D3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 58. | Prenatal DHA; Soft Gels | 830 mg Omega-3; 400 IU Vitamin D3 | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 59. | Vegan Prenatal DHA; Soft Gels | 500 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| **(7) Vitamin C** | | | | | |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 60. | Immune Daily Defense; Soft Gels | 1000 mg Vitamin C; 429 mg Elderberry Extract; 15 mg Zinc; 2000 IU Vitamin D3 | 90 Soft Gels | 3 Capsules | $2/3$ Purchase Price |
| 61. | Vitamin C Gummies; Tart Tangerine Flavor | 250 mg Vitamin C | 60 Gummies | 2 Capsules | ½ Purchase Price |
| 62. | Vitamin C Gummies; Tart Tangerine Flavor | 250 mg Vitamin C | 120 Gummies | 2 Capsules | ½ Purchase Price |
| 63. | Vitamin C Gummies Sports; Tart Tangerine Flavor | 250 mg Vitamin C | 120 Gummies | 2 Capsules | ½ Purchase Price |
| **(8) Nordic Naturals Ultimate** | | | | | |
| 64. | Ultimate Omega; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 65. | Ultimate Omega; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 66. | Ultimate Omega; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 67. | Ultimate Omega; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 68. | Ultimate Omega; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 210 Soft Gels | 2 Capsules | ½ Purchase Price |
| 69. | Ultimate Omega; Gummy Chews–Tropical Fruit Flavor | 1200 mg Omega-3 | 54 Gummy Chews | 2 Capsules | ½ Purchase Price |
| 70. | Ultimate Omega + Coq10; Soft Gels–Lemon Flavor | 1280 mg Omega-3; 100 mg Coenzyme Q10 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 71. | Ultimate Omega + CoQ10; Soft Gels–Lemon Flavor | 1280 mg Omega-3 + 100 mg Coenzyme Q10 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 72. | Ultimate Omega in Fish Gelatin; Soft Gels–Lemon Flavor | 1280 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 73. | Ultimate Omega Jr.; Mini Soft Gels–Strawberry Flavor | 680 mg Omega-3 | 90 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 74. | Ultimate Omega Jr.; Mini Soft Gels–Strawberry Flavor | 680 mg Omega-3 | 120 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 75. | Ultimate Omega Sport 2X; Soft Gels | 2150 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 76. | Ultimate Omega 2x; Soft Gels–Lemon Flavor | 2150 mg Omega-3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 77. | Ultimate Omega 2x; Soft Gels–Lemon Flavor | 2150 mg Omega-3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 78. | Ultimate Omega 2x Mini; Mini Soft Gels–Strawberry Flavor | 1120 mg Omega-3 | 60 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 79. | Ultimate Omega 2x Mini with Vitamin D3; Mini Soft Gels–Lemon Flavor | 1120 mg Omega-3; 1000 IU Vitamin D3 | 60 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 80. | Ultimate Omega Xtra; Soft Gel–Lemon Flavor | 1480 mg Omega-3; 1000 IU Vitamin D3 | 60 Mini Soft Gels | 2 Capsules | ½ Purchase Price |
| 81. | Ultimate Omega-D3; Soft Gel–Lemon Flavor | 1280 mg Omega-3; 1000 IU Vitamin D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 82. | Ultimate Omega-D3; Soft Gel–Lemon Flavor | 1280 mg Omega-3; 1000 IU Vitamin D3 | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 83. | Ultimate Omega-D3; Soft Gel–Lemon Flavor | 1280 mg Omega-3; 1000 IU Vitamin D3 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 84. | Ultimate Omega-D3 Sport; Soft Gels | 1480 mg Omega-3; 1000 IU D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 85. | Ultimate Omega-D3 2x; Soft Gels–Lemon Flavor | 2150 mg Omega-3; 1000 IU Vitamin D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| **(9) Nordic Naturals Zero Sugar** | | | | | |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 86. | Zero Sugar Curcumin Gummies; Mango Flavor | 200 mg Longvida Optimized Curcumin | 60 Gummies | 2 Capsules | ½ Purchase Price |
| 87. | Zero Sugar Ultimate Omega Gummy Chews; Tropical Fruit Flavor | 1200 mg Omega-3 | 54 Gummies | 2 Capsules | ½ Purchase Price |
| **(10) Nordic Naturals Pro** | | | | | |
| 88. | ProDHA; Soft Gels–Strawberry Flavor | 205 mg EPA + 480 mg DHA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 89. | ProDHA 1000; Soft Gels–Strawberry Flavor | 410 mg EPA + 960 mg DHA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 90. | ProDHA Eye; Soft Gels | 360 mg EPA + 845 mg DHA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 91. | ProDHA Focus Jr.; Soft Gels | 240 mg EPA + 520 mg DHA | 120 Soft Gels | 4 Capsules | ¾ Purchase Price |
| 92. | ProDHA Memory; Soft Gels | 280 mg EPA + 560 mg DHA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 93. | ProEFA-3-6-9; Soft Gels–Lemon Flavor | 270 mg EPA + 180 mg DHA + 70 mg GLA | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 94. | ProEFA-3-6-9; Soft Gels–Lemon Flavor | 270 mg EPA + 180 mg DHA + 70 mg GLA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 95. | ProEPA; Soft Gels–Lemon Flavor | 850 mg EPA + 200 mg DHA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 96. | ProEPA; Soft Gels–Lemon Flavor | 850 mg EPA + 200 mg DHA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 97. | ProEPA with Concentrated GLA; Soft Gels–Lemon Flavor | 850 mg EPA + 220 mg DHA + 257 mg GLA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 98. | ProEPA Xtra; Soft Gels–Lemon Flavor | 1060 mg EPA + 260 mg DHA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 99. | ProOmega 2000 Jr.; Soft Gels–Strawberry Flavor | 586 mg EPA + 456 mg DHA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 100. | ProOmega 2000; Soft Gels–Lemon Flavor | 1125 mg EPA + 875 mg DHA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 101. | ProOmega 2000-D; Soft Gels–Lemon Flavor | 1125 mg EPA + 875 mg DHA + 1000 D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 102. | ProOmega Blood Sugar; Soft Gels | 455 mg EPA + 315 mg DHA | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 103. | ProOmega CoQ10; Soft Gels | 650 mg EPA + 450 mg DHA + 100 mg CoQ10 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 104. | ProOmega CoQ10; Soft Gels | 650 mg EPA + 450 mg DHA + 100 mg CoQ10 | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 105. | ProOmega CRP; Soft Gels | 735 mg EPA + 525 mg DHA | 90 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 106. | ProOmega in Fish Gelatin; Soft Gels–Lemon Flavor | 650 mg EPA + 450 mg DHA | 60 Fish Gels | 2 Capsules | ½ Purchase Price |
| 107. | ProOmega Joint Xtra; Soft Gels | 540 mg EPA + 360 mg DHA | 90 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 108. | ProOmega Junior; Soft Gels–Strawberry Flavor | 340 mg EPA + 545 mg DHA | 90 Soft Gels | 2 Capsules | ½ Purchase Price |
| 109. | ProOmega LDL; Soft Gels | 489 mg EPA + 336 mg DHA | 180 Soft Gels | 3 Capsules | ⅔ Purchase Price |
| 110. | ProOmega; Soft Gels–Lemon Flavor | 650 mg EPA + 450 mg DHA | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| 111. | ProOmega-3-6-9; Soft Gels–Lemon Flavor | 780 mg EPA + 390 mg DHA + 76 mg GLA | 120 Soft Gels | 2 Capsules | ½ Purchase Price |
| 112. | ProOmega-D; Soft Gels–Lemon Flavor | 650 mg EPA + 450 mg DHA + 1000 mg D3 | 60 Soft Gels | 2 Capsules | ½ Purchase Price |
| 113. | ProOmega-D; Soft Gels–Lemon Flavor | 650 mg EPA + 450 mg DHA + 1000 mg D3 | 180 Soft Gels | 2 Capsules | ½ Purchase Price |
| | **(11) Nordic Naturals Magnesium** | | | | |
| 114. | Magnesium Complex; Capsules | 225 mg Magnesium | 90 Capsules | 3 Capsules | ⅔ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART

| No. | Product Name + Variation | Dosage Representation | Unit Representation | Serving Size | Economic Losses Resulting from Deception |
|---|---|---|---|---|---|
| 115. | Magnesium Gummies; Blueberry-Lavender Flavor | 300 mg Magnesium | 60 Gummies | 3 Capsules | $^2/_3$ Purchase Price |

# EXHIBIT 3 – SERVING SIZE CHART