# Exhibit "4"

*Website Screenshots—The Nordic Promise*

Class Action Complaint



# The Nordic Promise

Our commitment to deliver the safest, most effective nutrients essential to health.

# Check Your Product's Test Results

Transparency in supplement manufacturing is critical to your health and safety. Every Nordic Naturals product is tested to verify potency, purity, and freshness by certified laboratories.

Enter Lot Number



Can't find lot number?



### ✔ Potency
Active ingredient amounts that always match their values on the label.

### ✔ Purity
Virtually undetectable levels of environmental toxins, such as PCBs and heavy metals.

### ✔ Freshness
Oxidation values well-below international standards ensuring great taste, no fishy burps, and biological efficacy.

### ✔ Non-GMO
No genetically engineered GMO proteins and genes.

Test results are summarized on **Certificates of Analysis (COAs)**, which are available for each product we make. We guarantee that every product meets the highest international standards of ingredient quality.



**SUPERIOR QUALITY**

From ingredient sourcing and product creation, to shipping and customer care, superior quality is how we always deliver the best essential nutrients.



**MADE WITH INTEGRITY**

Our products are grounded in science, formulated with care, and responsibly sourced for your family's health and peace of mind.



**PRODUCT TRANSPARENCY**

Check your product's third-party test results and see for yourself why so many people love Nordic Naturals.

## Quality Matters

We obsessively test every product lot to ensure that our products are free from environmental toxins and contaminants. See for yourself.

[View a Certificate of Analysis]

### Get the latest on Nordic Naturals

[Enter your email]   [Submit]

  

**Product Family**
- Ultimate Omega
- Nordic Immune
- Nordic Beauty
- Nordic Flora
- Nordic Berries
- Zero Sugar
- Vegan
- Vegetarian
- Nordic Pet
- Gummies
- NSF Sport Certified
- Nordic Packs

Featured Promotions

**Partners**
- For Healthcare Professionals
- For Veterinarians

**Support**
- Contact Us
- Careers
- FAQ
- Returns
- Worldwide Distributors



United States ▼   Corporate Sites ▼   Privacy Policy   Terms and Conditions   Satisfaction Guarantee   SB657   Site Map

Copyright ©2022 Nordic Naturals. All rights reserved.

\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.
† Based on SPINS Scan Data
‡ Based on ClearCut, Nielsen, and SPINS annual sales data
^ This offer does not apply to current or future subscriptions. To redeem, add featured promotion products to your cart and receive 50% off the second product. Discount automatically applied at checkout. Please note that some exclusions apply. This discount automatically applies to the product of equal or lesser value. If more than two items are selected, the 50% discount will always be applied to the lowest value product(s) in the cart first. This offer cannot be retroactively applied to orders. All sales are final sale. Limited time offer. Offer cannot be combined with other offers or discounts. Not valid for cash or cash equivalent. Offer is subject to change. Offer valid only on Nordic.com. Please note: Some qualifying products may have a shelf life of 6 months or less.



**Webpage: Nordic.com - Why Nordic - Nordic Promise**
**URL: https://www.nordic.com/nordic-promise**
**DL Date: 2022.12.27 (BG)**